IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 19cr10078 |
| WILLIAM RICK SINGER | ) |
| Defendant | ) |

## GOVERNMENT'S MOTION TO SEAL INFORMATION

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the Information, this Motion to Seal, the Court's order on this motion, the docket sheet, and any other paperwork related to this matter, be sealed until the defendant makes an appearance, waives his indictment, and pleads guilty. As grounds for this motion, the Government states that Defendant is cooperating proactively in an active investigation. Accordingly, public disclosure of these materials will jeopardize the ongoing investigation of this case.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _____
ERIC S. ROSEN
Assistant U.S. Attorney

Date: March 5, 2019