UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff<br>v.<br><br>William Rick Singer,<br><br>     Defendant. | CASE NO. 19cr10078-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of A. Neil Hartzell and David A. Slocum as attorneys for William Rick Singer in this matter.

Dated: March 6, 2019

Respectfully submitted,

/s/ A. Neil Hartzell
/s/ David A. Slocum
A. Neil Hartzell, BBO #544752
nhartzell@fmglaw.com
David A. Slocum, BBO #672038
dslocum@fmglaw.com
Freeman Mathis & Gary, LLP
60 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 963-5966