UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br>v.<br><br>William Rick Singer,<br><br>                Defendant. | CASE NO. 19cr10078-RWZ |

## ASSENTED TO MOTION FOR ADMISSION
## *PRO HAC VICE* OF DONALD H HELLER, ESQUIRE

Pursuant to District of Massachusetts Local Rule 83.5.3(e)(2) undersigned counsel hereby moves that Donald H. Heller, Esquire of Donald H. Heller, a Law Corporation, 3638 American River Dr.'s Sacramento, CA 95864, be admitted to appear on behalf of defendant William Rick Singer, and to practice before this court in the above entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Heller is and has been a member in good standing of the Bar of the State of New York since December 17, 1969 [NY Office of Court Administration, Attorney Registration Unit, Registration #: 2494698];

2. Mr. Heller is and has been a member in good standing of the bar of the state of California since June 27, 1973 [California State Bar #55717];

3. Mr. Heller is and has been a member in good standing of the bars of the Following United States District Courts and Court of Appeals for more than 30 years:

United States District Court for the Eastern District of California;

United States District Court for the Northern District of California;

United States District Court for the Southern District of California;

United States court of appeals for the Ninth Circuit; and for more than 10 years in the United States District Court for the Southern District of New York.

4. There are no disciplinary proceedings pending against Mr. Heller as a member of the bar in any jurisdiction;

5. Mr. Heller has represented to the undersigned counsel that he has read and is familiar with the local rules of the United States District Court for the District of Massachusetts.

6. Attached as Exhibit A hereto, Is Mr. Heller's Certification by Attorney under District Court of Massachusetts Local Rule 83.5.3(e)(3).

7. The undersigned requests that the Court grant this motion so that Mr. Heller can file pleadings and appear and be heard at all proceedings in this case on behalf of William Rick Singer; and

8. Payment in the amount of $231.00 is being made concurrent with this filing.

9. This motion has been assented to by the United States.

WHEREFORE, the undersigned counsel respectfully moves Mr. Heller's admission To Practice before This Court *pro hac vice*.

Respectfully submitted,
William Rick Singer
By his attorney,

Dated: March 6, 2019

/s/ A. Neil Hartzell
A. Neil Hartzell, MA #544752
Freeman Mathis & Gary, LLP
60 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 963-5966
nhartzell@fmglaw.com

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br>v.<br><br>William Rick Singer,<br><br>      Defendant. | CASE NO. 19cr10078-RWZ |

## LOCAL RULE 83.5.3(e)(3) CERTIFICATE

Pursuant to Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Donald H. Heller, Esquire, hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) I have never been subject to any disciplinary proceedings and accordingly, no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; (4) I have not previously had a pro hac vice admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and (5) I have read and I am familiar with the local rules of the United States District Court for the District of Massachusetts.

I declare the foregoing to be true and correct under the penalty of perjury under the laws of the United States of America. Executed this 27st day of February 2019, in Sacramento, State and Eastern district of California.

                   */s/ Donald H. Heller*
                   Donald H. Heller

Exhibit A