# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>v. )<br>)<br>William Rick Singer, )<br>)<br>Defendant. )<br>) | CASE NO. 19cr10078-RWZ |

## CERTIFICATE OF SERVICE

I, A. Neil Hartzell, certify that on March 6, 2019, I served a copy of the Assented to Motion for Admission Pro Hac Vice of Donald H. Heller, Esq., the Notice of Appearance, and the Motion to Seal Notice of Appearance and Assented to Motion for Admission Pro Hac Vice of Donald H. Heller, Esq. by electronic mail on Eric Rosen of the United States Attorney's Office (eric.rosen@usdoj.gov).

/s/ A. Neil Hartzell
A. Neil Hartzell, MA #544752
Freeman Mathis & Gary, LLP
60 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 963-5966
nhartzell@fmglaw.com