LAW OFFICES OF

# DONALD H. HELLER

DONALD H. HELLER
MEMBER NEW YORK
AND CALIFORNIA BARS

A LAW CORPORATION
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864
TELEPHONE: (916) 974-3500
FACSIMILE: (916) 520-3497

DIRECT DIAL
(916) 974-2077

March 7, 2019

**Via e-mail**

Eric Rosen, Esq.
Assistant United States Attorney
District of Massachusetts
Boston, Massachusetts

Re: *United States of America v. William Rick Singer  19cr10078-RWZ*

Dear Eric:

This letter confirms that I have no objection to the correction of the typographical error on page 2 of the filed plea agreement correcting the obstruction count as count four and the tax count as count three as enumerated in the Information filed in the case above noted. Thank you for bringing this to my attention.

Very truly yours,

DONALD H. HELLER
A Law Corporation

DONALD H. HELLER

DHH/lh

cc:     Rick Singer by e-mail