# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM RICK SINGER,<br><br>Defendant. | Criminal No. 19-CR-10078-RWZ<br><br>Violations:<br><br>Count One: Racketeering Conspiracy<br>(18 U.S.C. § 1962(d))<br><br>Count Two: Money Laundering Conspiracy<br>(18 U.S.C. § 1956(h))<br><br>Count Three: Conspiracy to Defraud<br>the United States<br>(18 U.S.C. § 371)<br><br>Count Four: Obstruction of Justice<br>(18 U.S.C. § 1512(c)(2))<br><br>RICO Forfeiture Allegations:<br>(18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1963(a))<br><br>Money Laundering Forfeiture Allegations<br>(18 U.S.C. § 982(a)(1)) |

## WAIVER OF INDICTMENT

I, William Rick Singer, the above-named defendant, who is accused of conspiracy to commit racketeering, conspiracy to commit money laundering, conspiracy to defraud the United States, and obstruction of justice, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on March 12, 2019 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_William Rick Singer_
William Rick Singer
Defendant

_Donald Heller_
Donald Heller
Attorney for Defendant

Before: _Rya W. Zobel_
RYA W. ZOBEL
United States District Judge

3/12/19