UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                         Plaintiff  )<br>  )<br>v.                                                                 )<br>  )<br>William Rick Singer,                             )<br>  )<br>                         Defendant.         )<br>_____ ) | CASE NO. 19cr10078-1-RWZ |

**AMENDED ASSENTED MOTION TO MODIFY THE STATES TO WHICH THE DEFENDANT MAY TRAVEL BY ADDING THE STATE OF MISSOURI**

Pursuant to this Court's Order Setting Conditions of Release of March 12, 2019, the defendant is restrict in travel to the states of Massachusetts, California and Florida. [Doc. 20, p. 2, Par.(7)(f). The defendant son currently residing and attending college in the Eastern District of Missouri and will continue his graduate education in the same college in pursuit of a Master of Arts degree and hopes to visit with his son a fairly regular basis. The defendant would propose that conditions of travel be modified by adding the Eastern District of Missouri to the permitted travel states above mentioned.  All travel by the defendant outside of his current place of residence shall be subject to approval of the supervising Pretrial Services Officer the supervising defendant at the time of the defendant's proposed travel, so as not to burden the Court, government counsel and defense counsel with filing motion(s) to temporary grant travel authorization(s). The Senior U.S. Probation Officer assigned defendant's case for the District of Massachusetts assents to this motion as does Assistant U.S. Attorney Eric Rosen.

WHEREFORE, the undersigned counsel respectfully moves that this motion be granted so as to enable the defendant to travel to and from the Eastern District of Missouri by

adding the Eastern District of Missouri to the listed permitted travel states, subject to the defendant obtaining approval for said travel from the U.S. Pretrial Services Officer currently supervising defendant at the time of the defendant's proposed travel.

Respectfully submitted,

/s/ *Donald H. Heller*

Donald H. Heller, Esquire
Donald H. Heller, A Law Corporation
Attorney for Defendant
William Rick Singer

Approved.

Dated: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Donald H. Heller, hereby certify that on April 21, 2019, this document, file through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

A copy of this Document will be sent by electronic mail to:

A. Neil Hartzell  nhartzell@fmglaw.com
Freeman Mathis & Gary, LLP
60 State Street
6th Floor
Boston, MA 02109