UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff<br>v.<br><br>William Rick Singer,<br><br>                         Defendant. | CASE NO. 19cr10078-1-RWZ |

### ASSENTED MOTION TO CHANGE THE SECURITY
### FOR DEFENDANT'S SECURED BOND

This Court released the defendant on a secured bond of $500,000 on March 12, 2019, anticipating that the bond would be secured by real property in Westlake Village, CA. [Doc. 21]. Pursuant agreement with Assistant U.S. Attorneys Eric Rosen and Carol Head, a certificate of deposit in the sum of $500,000 bearing interest at the rate of 2.28%, at the Wells Fargo Bank, account ending in 4778, is hereby substituted as sufficient security for defendant's secured bond. Said certificate of deposit matures on January 5, 2020. *See* Letter from Carol E. Head, dated April 17, 2019, attached hereto at Exhibit 1. Upon maturity of the certificate of deposit, defendant shall transfer to the United States of America the entire corpus of said certificate of deposit plus accrued interest as a voluntary payment in partial satisfaction of defendant's $3,429,970.87 forfeiture money judgment set forth in defendant's plea agreement.

Upon the maturity of the certificate of deposit, defendant shall post a $500,000 appearance bond secured by $50,000.

2

WHEREFORE,

          Respectfully submitted,

          /s/ *Donald H. Heller*

          Donald H. Heller, Esquire
          Donald H. Heller, A Law Corporation
          Attorney for Defendant
          William Rick Singer

Approved
.
Dated: _____

          _____
          United States District Judge

## CERTIFICATION OF SERVICE

      I, Donald H. Heller, hereby certify that on June 20, 2019, this document filed through the CM/ECF system, was sent electronically to all registered participants in this matter as identified on the notice of electronic filing (NEF).

          /s/ *Donald H. Heller*