

**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

April 17, 2019

Via email (dheller@donaldhellerlaw.com)

Donald H. Heller, Esq.
3638 American River Drive
Sacramento, CA 95864

**Re:** *United States v. William "Rick" Singer*

Dear Don:

As we discussed, the United States will assent to your motion to modify the security for the appearance bond of the Defendant, William "Rick" Singer, in *United States v. Singer*, No. 19-cr-10078-1-RWZ. The United States' assent is pursuant to the express agreement that when the $500,000 certificate of deposit, Wells Fargo account ending in 4778 opened on April 5, 2019 ("the CD"), reaches its maturity date (on or about January 5, 2020), the Defendant will pay the CD principal amount of $500,000, and any interest, to the United States as a voluntary payment in partial satisfaction of the forfeiture money judgment set forth in section 9 of the Defendant's plea agreement. Payment shall be made pursuant instructions to be provided by the United States Attorney's Office.

Further, the Defendant acknowledges that the Defendant is the sole and lawful owner of the CD. In the event that the Defendant is sentenced in the above captioned case prior to the CD's expected January 5, 2020 maturity date, the Defendant specifically waives and releases Defendant's claims to the CD, and any interest accrued on it, and consents to forfeiture of the CD and interest as a substitute asset pursuant to this agreement and section 9 of the Defendant's plea agreement.

The United States reserves all rights regarding the Defendant's release and the conditions of the Defendant's release.

Please indicate your client's acceptance of this agreement by return email.

Sincerely,

*s/Carol E. Head*
Assistant United States Attorney

cc:  Eric S. Rosen, AUSA
     Justin O'Connell, AUSA
     Leslie Wright, AUSA