UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 19-10078-RWZ |
| | ) | |
| WILLIAM "RICK" SINGER, | ) | |
| Defendant. | ) | |

## DECLARATION OF CAROL E. HEAD REGARDING SERVICE OF PROCESS

I, Carol E. Head, make the following declarations:

1. I am an Assistant United States Attorney. I represent the Plaintiff, the United States of America, in this case, which concerns forfeiture of the properties as defined in the Preliminary Order of Forfeiture (Docket No. 43), issued by the Court on September 12, 2019.

2. I hereby certify that the following individuals/entities have been served a certified copy of the Preliminary Order of Forfeiture (Docket No. 43), pursuant to 21 U.S.C. § 853(n)(1):

   a) Donald H. Heller, Donald H. Heller, a Law Corporation, 3638 American River Drive, Sacramento, CA 95864;

   b) Michael J. Ferrara, Dinsmore & Shohl LLP, 191 W. Nationwide Blvd #300, Columbus, OH 43125;

   c) Paula Chambers, Versatile PhD CEO, 3772 Sunswept Drive, Studio City, CA 91604;

   d) Swansea Football, LLC, c/o Daniel H. Render, Katten Muchin Rosenman, LLP, 525 W. Monroe St., Chicago, IL 60661;

   e) Versatile PhD, c/o Law Offices of Jonas M. Grant, A.P.C., 1077 Double R. Blvd., Reno, NV 89521;

   f) Mark Armstrong, WhamTech Inc., CEO, 5440 Harvest Hill Road, Suite 175, Dallas, TX 75230;

   g) Swansea Football, LLC, 11611 San Vincente Blvd, Suite 700, Los Angeles, CA 90049;

    h)    Swansea Football LLC, Attn: Stephen Kaplan, 11611 San Vincente Blvd. Suite 700, Los Angeles, CA 90049;

    i)    A. Neil Hartzell, Freeman Mathis & Gary LLP, 60 State Street, 6th Floor, Boston, MA 02109;

    j)    David A. Slown, Freeman Mathis & Gary, LLP, 60 State Street, 6th Floor, Boston, MA 02109;

    k)    Paul M. Swanson, Hauser Private Equity, 5905 E Galbraith Rd., Suite 9000, Cincinnati, OH 45236;

    l)    William E. Gildea, Freeman Mathis & Gary, LLP, 60 State Street, 6th Floor, Boston, MA 02109;

    m)    Laura Lamison, 516 Dalewood Drive, Orinda, CA 94607;

    n)    Hauser Private Equity, c/o Incorp. Service, Inc., 44 School Street, Suite 325, Boston, MA 02108;

    o)    Swansea Football, LLC, c/o the Corporate Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801;

    p)    Key Worldwide Foundation, 265 Hartnell Place, Sacramento, CA 95825;

    q)    Robert E. Aiken, 8140 Walnut Hill Lane, Suite 610, Dallas, TX 75231; and

    r)    Rick Singer, Key Worldwide Foundation CEO, 265 Hartnell Place, Sacramento, CA 95825.

Attached as Exhibit A are the USPS Domestic Return Receipts and scans of first class mailings acknowledging service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed this 3rd day of February, 2020 in Boston, Massachusetts.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Carol E. Head*
CAROL E. HEAD, B.B.O. # 652170
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: February 3, 2020

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Carol E. Head*
CAROL E. HEAD
Assistant U.S. Attorney

Dated: February 3, 2020