# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald H. Heller 3638
Donald H. Heller, A Law Corporation
2638 American River Drive
Sacramento, CA 95825

9590 9402 4874 9032 3117 43

2. Article Number (Transfer from service label)

7018 1830 0000 1008 7570

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Roxanne          ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:      ☐ No

3638 Amel River Dr
95864

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 4874 9032 3117 43

**United States**
**Postal Service**

RECEIVED
U.S. ATTORNEY
OCT 0 4 20

• Sender: Please print your name, address, and ZIP+4® in this box•

USMS
SCEED

Travis Minter
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Rick Singer POF (KWF)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald H. Heller   3638
Donald H. Heller, A Law Corporation
2638 American River Drive
Sacramento, CA 95825   95864

9590 9402 4874 9032 3118 80

2. Article Number (Transfer from service label)

7018 1830 0000 1008 7525

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Rosina Pener_   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

3638 American River
                    95864

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

‖‖‖‖‖ ‖‖‖‖

9590 9402 4874 9032 3118 80

FAIL

USMS
SCREENED

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Minther
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Rick Singer POF

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael J. Ferrara
Dinsmore & Shohl LLP
191 W. Nationwide Blvd #300
Columbus, Ohio 43125

9590 9402 5224 9122 0391 28

2. Article Number *(Transfer from service label)*

7019 0700 0000 1821 4512

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

OCT 02 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

9590 9402 5224 9122 0391 28

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Mintier
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Rick Singer POF (Hauser)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paula Chambers, Versatile PhD CEO
3772 Sunswept Drive
Studio City, CA 91604

9590 9402 5224 9122 0391 73

2. Article Number *(Transfer from service label)*

7019 0700 0000 1821 4581

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

GARY CHAMBERS  10/2

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ⌐ Mail
☐ Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #

9590 9402 5224 9122 0391 73

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Mintier
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Rick Singer POF(

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kelly O'Donnell_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   _Kelly L. O'Donnell_   C. Date of Delivery   10/2/19

1. Article Addressed to:

Swansea Football, LLC
c/o Daniel H. Render
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7018 1830 0000 1008 7631

PS Form 3811, July 2013   Domestic Return Receipt



UNITED STATES POSTAL SERVICE

IL 604
02 OCT '19
PM 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Minther
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Singer PDF (Swansea)

2019 OCT -7  PM 4:17

RECEIVED
U.S. ATTORNEY

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) _JCark_   C. Date of Delivery _10-2-19_

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Versatile PhD
c/o Law offices of Jonas M.
Grant APC
1077 Double R. Blvd.
Reno, NV 89521

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7018 1830 0000 1008 7624

PS Form 3811, July 2013        Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Mintter
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Singer PDF (Vestitle)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Armstrong
WhamTech Inc, CEO
5440 Harvest Hill Road, Suite 175
Dallas, TX 75230

9590 9402 5224 9122 0391 42

2. Article Number (Transfer from service label)

7019 0700 0000 1821 4550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

ERIC ARMSTRONG

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5224 9122 0391 42

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Mintier
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Rick Singer POF (Wham Tech)

RECEIVED
U.S. ATTORNEY
OCT 16 2019

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Swansea Football, LLC
11611 San Vincente Blvd, Suite 700
Los Angeles, CA 90049

9590 9402 4874 9032 3115 90

2. Article Number *(Transfer from service label)*

7018 1830 0000 1008 7518

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☑ Agent
  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

9/30/19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

USPS TRACKING #

9590 9402 4874 9032 3115 90

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Minter
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Rick Singer POF (Swansea)

RECEIVED
U.S. ATTORNEY

OCT 0 4 2019

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Swansea Football LLC
Attn: Stephen Kaplan
11611 San Vincente Blvd. Suite 700
Los Angeles, CA 90049

9590 9402 4874 9032 3117 12

2. Article Number (Transfer from service label)

7018 1830 0000 1008 7594

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Alice Nunez                        10/1/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _red Mail
☐ _red Mail Restricted Delivery
   (_r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4874 9032 3117 12

**United States
Postal Service**

SCANNED

RECEIVED
US ATTORNEY
OCT 0 4 2019

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Minter
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Rick Singer POF (Swansea)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A. Neil Hartzell

Freeman Mathis & Gary LLP

60 State Street, 6th Floor

Boston, MA 02109

9590 9402 4874 9032 3119 03

2. Article Number (Transfer from service label)

7019 0700 0000 1821 4598

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

John C Williams        10/1

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:       ☐ No

OCT - 1 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

9590 9402 4874 9032 3119 03

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

RECEIVED
U.S. ATTORNEY
2019 OCT - 3

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Minter
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Rick Singer POF

RECEIVED
U.S. ATTORNEY
OCT 0 3 2019

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David A. Slocum
Freeman Mathis & Gary, LLP
60 State Street, 6th Floor
Boston, MA 02109

9590 9402 4874 9032 3118 59

2. Article Number *(Transfer from service label)*

7018 1830 0000 1008 7532

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X John W   ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
Robin Williams   10/1

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

USPS FORT POINT
OCT -1 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

‖‖‖‖‖

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

9590 9402 4874 9032 3118 59

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Mintier
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Rick Singer POF

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul M. Swanson
Hauser Private Equity
5905 E. Galbraith Rd, Suite 9000
Cincinnati, Ohio 45236

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5224 9122 0391 11

2. Article Number (Transfer from service label)

7019 0700 0000 1821 4505

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5224 9122 0391 11

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Mintier
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Rick Singer POF (Hauser)

RECEIVED
U.S. ATTORNEY
2019 OCT -3 PM 4:
RECEIVED
U.S. ATTORNEY
OCT 3 2019

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William E. Gildea
Freeman Mathis & Gary, LLP
60 State Street 6th Floor
Boston, MA 02109

9590 9402 4874 9032 3117 74

2. Article Number (Transfer from service label)

7018 1830 0000 1008 7556

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Robin William   10/1

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

9590 9402 4874 9032 3117 74

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Mintier
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Rick Singer POF

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura Lamison
516 Dalewood Drive
Orinda, CA 94607

9590 9402 5224 9122 0391 35

2. Article Number *(Transfer from service label)*

7019 0700 0000 1821 4543

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Laura Lamison*
☐ Agent
☑ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
9-30-19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...Mail Restricted Delivery
   (...00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 5224 9122 0391 35

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Mintier
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Rick Singer POF (Jamtown)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hauser Private Equity
c/o Incorp. Service, Inc.
44 School Street, Suite 325
Boston, MA 02108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Julia L. Kasner_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Julia L. Kasner                  10/07/2019

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☑ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)          ☐ Yes

7018 1830 0000 1008 7617

PS Form 3811, July 2013          Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Mintner
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

OCT 1 0 2019

RECEIVED
U.S. ATTORNEY
OCT 10 PM 3: 24

Singer POF (Hauser)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Swansea Football, LLC
c/o The Corporate Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

9590 9402 4874 9032 3118 42

2. Article Number *(Transfer from service label)*

7018 1830 0000 1008 7549

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

RECEIVED

B. Received by *(Printed Name)*          C. Date of Delivery

OCT 0 3 2019

CT CORPORATION

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

9590 9402 4874 9032 3118 42

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

RECEIVED
U.S. ATTORNEY
19 OCT 16   PM 3:

• Sender: Please print your name, address, and ZIP+4® in this box•

Travis Mintier
ASSET FORFEITURE UNIT
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Rick Singer POF (Swansea)

U.S. Departme
United States A
District of Mass
John J. Moakley Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Official Business

USMS
SCREENED

Travis "Minier" (MRU)
Rick Singer POF (KWF)

RECEIVED
U.S. ATTORNEY 1

OCT 2 4 2019

CERTIFIED MAIL

7018 1830 0000 1008 2527



Key Worldwide Foundation
265 Hartnell Place
Sacramento, CA 95825

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD

10/16/19

U.S. Department of Justice
United States Attorney's Office
District of Massachusetts
John J. Moakley Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Official Business

Travis Miates (MU)
Pick Single PDF (KWF)

Key Worldwide Foundation
265 Hartnell Place
Sacramento, CA 95825

Official Business

U.S. Departm
United States
District of Ma
John J. Moakley Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Travis Winter (ARO)
RicSinger POF (WramTech Inc.)

RECEIVED
U.S. ATTORNEY
2019 OCT 16 PM 3: 13

ANK

USMS
SCREENED

Robert E. Aiken
8140 Walnut Hill Lane, Suite 610
Dallas, Texas 75231

CERTIFIED MAIL

7019 0700 0000 1821 4567

ANK
31>3
10-1-19




U.S. Department of Justice
United States Attorney's Office
District of Massachusetts
John J. Moakley Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Official Business

Louis Mishie (AUO)
Mike Singer OF (whatech)

Robert E. Aiken
8140 Walnut Hill Lane, Suite 610
Dallas, TX 75231

Travis Winkler (AUSA)
Rick Singer PDF (FWF)

**U.S. Department of Justice**
United States Attorney's Office
*District of Massachusetts*
John J. Moakley Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Official Business

RECEIVED
U.S. ATTORNEY

2019 OCT 30  PM 4: 27

RETURNED
U.S. ATTORNEY

OCT 30 2019

FWD

FWD

USMS SCREENED

7018 1830 0000 1008 7600

**CERTIFIED MAIL**

Rick Singer
Key Worldwide Foundation CEO
2c5 Hartnell Place
Sacramento, CA 95825

-R-T-S-   958255125-1N   10/25/19

RETURN TO SENDER
UNABLE TO FORWARD




U.S. Department of Justice

United States Attorney's Office

District of Massachusetts

John J. Moakley Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Official Business

Louis Mittler (MPU)
Rick Singer BOF (RWF)

Rick Singer
c/o Key Worldwide Foundation CEO
2665 Hartnell Place
Sacramento, CA 95825