UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>WILLIAM "RICK" SINGER,<br>    Defendant. | )<br>)<br>)<br>)  Criminal No. 19-10078-RWZ<br>)<br>)<br>) |

## **DECLARATION OF PUBLICATION**

Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, which authorizes the manner of publication of an Order of Forfeiture in a criminal case, notice of the Preliminary Order of Forfeiture (Docket No. 43) was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 1, 2019, and ending on October 30, 2019.  *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed on February 3, 2020, at Boston, Massachusetts.

                              Respectfully submitted,

                              ANDREW E. LELLING
                              United States Attorney

                By:   */s/ Carol E. Head*
                            CAROL E. HEAD, B.B.O. # 652170
                            Assistant United States Attorney
                            U.S. Attorney's Office
                            1 Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3100
Dated: February 3, 2020          carol.head@usdoj.gov

## Certificate of Service

       I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Carol E. Head*
                                                  CAROL E. HEAD
Dated: February 3, 2020                Assistant U.S. Attorney