# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff<br><br>v.<br><br>William Rick Singer,<br><br>     Defendant. | CASE NO. 19cr10078-1-RWZ |

## ASSENTED MOTION TO ADD THE DISTRICT OF ARIZONA TO DISTRICTS THE DEFENDANT MAY TRAVEL WITHOUT ADDITIONAL COURT ORDER

Defendant William Rick Singer hereby respectfully moves the Court to add the District of Arizona to the Districts the defendant may travel without additional court order.

Mr. Singer is enrolled at Grand Canyon University's PhD program in Psychology which is located Phoenix, Arizona. The program is attended over the internet and to date Mr. Singer has successfully completed five classes. The Program consists of 20 classes and includes a dissertation. A requirement of the program is attending 3 residency's in person prior to achieving his PhD and possibly other in person meetings. Mr. Singer has written the first 15 pages of his dissertation and completed the Topic Approval, Problem and Purpose Statements required by his program. Mr. Singer has maintained a B average for his first four classes and has received an A in his fifth class.

Mr. Singer's Pretrial Services Officer (U.S. Probation/Pretrial Services Central District of California, Orange County Division), has consented to the first proposed trip to Arizona for a Residency meeting. Mr. Singer is aware that all departures from his district of residence,

currently the Central District of California requires the pre-approval of the Pretrial Services

Officer supervising Mr. Singer. Mr. Singer has been since his arraignment and pleas of Guilty on

March 12, 2019, has been fully compliant with his conditions of release. Assistant U.S. Attorney

Eric Rosen has assented to this motion and the adding of the District of Arizona to the approved

districts the defendant may travel without further court order.


WHEREFORE, the undersigned counsel respectfully moves that this motion be granted

so as to enable the defendant to travel to and from the District of Arizona, by adding the District

of Arizona to the listed permitted travel states, subject to the defendant obtaining pre-approval

for said travel from the U.S. Pretrial Services Officer currently supervising defendant at the time

of the defendant's proposed travel.

Respectfully submitted,

/s/ *Donald H. Heller*

Donald H. Heller, Esquire
Donald H. Heller, A Law Corporation
Admitted Pro Hoc Vice
Attorney for Defendant
William Rick Singer


Approved.

Dated: 7/17/20

_____
United States District Judge