## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br><br>v.<br><br>William Rick Singer,<br><br>      Defendant. | CASE NO. 19cr10078-1-RWZ |

### FURTHER STATUS REPORT

  The Government by Justin O'Connell, Assistant U.S. Attorney and Donald H. Heller, counsel for William Rick Singer, respectfully submit this further Status Report set by this Court for May 12, 2021. The parties request that this Court schedule a further status report on a date convenient to the Court in December 2021, or January 2022. Defendant Singer has pleaded guilty to four felony count of an Information on March 12, 2019. There were over fifty-five defendants criminally charged in matters related to defendant Singer, in a group of cases commonly referred to as the "Admissions Cases." The cases have been assigned to multiple District Court Judges. To date forty-three defendants have pleaded guilty and have been sentenced or await sentencing.

  Judge Nathaniel Gorton scheduled the remaining defendants assigned to him for a jury trial starting on September 13, 2021. *See* **United States v. Colburn, 19-cr-10080-NMG.** Judge Indira Talwani has scheduled the remaining defendants assigned to her for jury trial starting on November 16, 2021. *See* **United States v. Ernst et al. 19-cr-10081-IT.**

  Mr. Singer continues to cooperate with the government. The parties expect that after the conclusion of these pending cases, Mr. Singer can be sentenced, allowing the government to inform the Court of the full extent of Mr. Singer's cooperation. If all cases have resolved prior to

1

December 2021 or January 2022, the parties will inform the Court so that Mr. Singer's sentencing can be scheduled sooner.

Mr. Singer has been under the supervision of U.S. Probation-Pretrial Services division since March 12, 2019, and has been fully compliant the Pretrial Services officers who have supervised him.

Respectfully submitted,

/s/ Donald H. Heller
Donald H. Heller, Esquire
Donald H. Heller, A Law Corporation
Admitted Pro Hoc Vice
Attorney for Defendant William Rick Singer

/s/ Justin O'Connell
Justin O'Connell
Assistant U.S. Attorney
Attorney for the Government

## CERTIFICATE OF SERVICE

I, Donald H. Heller, hereby certify that on May 11, 2021, that this document was filed through the CM/ECF system and will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

/s/ Donald H. Heller
DONALD H. HELLER
Attorney for the Defendant William Rick Singer