UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 19-cr-10078-1-RWZ |
| ) | |
| William Rick Singer, ) | |
| Defendant. ) | |

**FURTHER STATUS REPORT**

The Government, by the undersigned Assistant U.S. Attorney, and Donald H. Heller, counsel for William Rick Singer, respectfully submit this further Status Report. On March 12, 2019, Mr. Singer pleaded guilty to four felony counts of an Information. Mr. Singer is a cooperating defendant and continues to cooperate with the government, including in the trial in *United States v. Vavic*, 19-cr-10081-IT, scheduled to begin on March 7, 2022. The parties expect that Mr. Singer can be sentenced after the conclusion of that trial (and, if applicable, any sentencing). The parties therefore request to schedule a sentencing date convenient to the Court's schedule in early August 2022, which will allow the government to inform the Court of the full extent of Mr. Singer's cooperation.

Respectfully submitted,

/s/ *Donald H. Heller*

Donald H. Heller, Esquire
Donald H. Heller, A Law Corporation
Admitted Pro Hoc Vice
Attorney for Defendant
William Rick Singer

1

2

/s/ *Kristen A. Kearney*

Kristen A. Kearney
Assistant U.S. Attorney
Attorney for the Government

**CERTIFICATE OF SERVICE**

I, Donald H. Heller, hereby certify that on March **8**, 2022 that this document was filed through the CM/ECF system and will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

  /s/ *Donald H. Heller*
DONALD H. HELLER