Case No. 19-CR-10078-RWZ
USA v. Singer

On 7/27/22 I filed a Motion for Admission PHV of Candice Fields.
I am paying the $100 filing fee for this motion.

A. Neil Hartzell, Esq.