UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>William Rick Singer,<br><br>　　　　　Defendant. | CASE NO. 19-cr-10078-1-RWZ |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING**

　　　　Defendant Rick Singer is presently scheduled to be sentenced on September 15, 2022. [ECF No. 76.] On June 29, 2022, his attorney Donald Heller died. Attorney Heller had represented Mr. Singer for more than three years - throughout the course of Mr. Singer's cooperation with the government and as lead attorney (admitted *pro hac vice*) in this case. Upon attorney Heller's death, Mr. Singer retained attorney Candice L. Fields to represent him. On July 27, 2022, the Court entered an Order allowing attorney Fields leave to appear *pro hac vice* for Mr. Singer. [ECF No 79.] On August 4, 2022, attorney Fields filed a Notice of Appearance. [ECF 80.]

　　　　In light of attorney Fields' recent retention, and considering the volume of material related to Mr. Singer's cooperation and other information and documentation upon which the parties may rely at sentencing, additional time is needed for defense counsel to prepare for the sentencing hearing. Pursuant to Local Rule 7.1, the undersigned certifies that she has conferred with the government which assents to this motion to continue Mr. Singer's sentencing to early or mid-November of 2022, on a date convenient to the Court.

Respectfully submitted,

Dated: August 5, 2022
/s/ Candice L. Fields
Candice L. Fields, Admitted *Pro Hac Vice*
cfields@candicefieldslaw.com
Candice Fields Law
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Tel: (916)414-8050

**CERTIFICATE OF SERVICE**

I, Candice L. Fields, hereby certify that on August 5, 2022, this document was filed through the CM/ECF system and will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

/s/ Candice L. Fields
Candice L. Fields