UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>                     Plaintiff             )<br>v.                                                      )   CASE NO.  19cr10078-RWZ<br>                                                          )<br>William Rick Singer,                        )<br>                                                          )<br>                     Defendant.          )<br>                                                          ) | |

### ASSENTED-TO MOTION TO WITHDRAW
### WILLIAM E. GILDEA AS COUNSEL

William E. Gildea respectfully requests leave of court to withdraw as counsel of record for Defendant, William Rick Singer.  Mr. Gildea has taken a position at another firm and Attorney Candice L. Fields of Candice Fields Law and A. Neil Hartzell of Freeman Mathis & Gary, LLP will remain counsel for William Rick Singer. The clerk is requested to terminate CM/ECF notices to Mr. Gildea.  Plaintiff has assented to this motion.

                                                                    Respectfully submitted,
                                                                    [Withdrawing] counsel for Defendant
                                                                    William Rick Singer,

                                                                    */s/ William Gildea*
                                                                    William E. Gildea, BBO #: 699112
                                                                    WGildea@fmglaw.com
                                                                    FREEMAN MATHIS & GARY LLP
                                                                    60 State Street, 6th Floor
                                                                    Boston, MA 02109
                                                                    (617) 963-5975

Dated: August 8, 2022

## LOCAL RULE 7.1 CERTIFICATE

I hereby state that counsel for Defendant complied with the requirements of Local Rule 7.1, by conferring with counsel for Plaintiff, who has assented to this motion.

/s/ A. Neil Hartzell
A. Neil Hartzell

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2022, a true copy of the above document was served upon all attorneys of record through the Court's ECF system.

/s/ A. Neil Hartzell
A. Neil Hartzell
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, MA 02109-1800
617-963-5966
nhartzell@fmglaw.com