**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  19-CR-10078-RWZ |
| v. | ) | |
| | ) | |
| WILLIAM RICK SINGER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance in the above-captioned case as counsel for the United States.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

Dated: August 8, 2022          By:     */s/ Stephen E. Frank*
                                              STEPHEN E. FRANK, BBO# 568455
                                              Assistant United States Attorney
                                              John Joseph Moakley Courthouse
                                              One Courthouse Way, Suite 9200
                                              Boston, Massachusetts 02210
                                              Tel:  (617) 748-3244
                                              Stephen.Frank@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 8, 2022          By:     */s/ Stephen E. Frank*
                                              STEPHEN E. FRANK, BBO# 568455
                                              Assistant United States Attorney