# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM RICK SINGER,<br><br>        Defendant. | CASE NO. 19-cr-10078-1-RWZ |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

By previous order, the sentencing hearing in this matter was continued from September 15, 2022, to November 16, 2022, upon defense counsel's request after the death of defendant Rick Singer's original attorney. ECF No. 84.

Despite the exercise of due diligence to be ready for sentencing on November 16, 2022, based upon the volume of material related to Mr. Singer's cooperation and other information and documentation upon which the parties may rely at sentencing, the defense has determined that additional time is necessary for effective preparation. It is therefore requested that the sentencing hearing in this matter be continued to January 4, 2023, or another date convenient to the Court. Further, it is requested that all F.R.C.P. Rule 32 disclosure deadlines be recalculated to comport with the new sentencing date. The government assents to this request.

                                            Respectfully submitted,

Dated: October 26, 2022                 /s/ Candice L. Fields
                                            CANDICE L. FIELDS
                                            Candice Fields Law, PC
                                            *Admitted Pro Hac Vice*
                                            cfields@candicefieldslaw.com
                                            (916)414-8050
                                            Attorney for Defendant William Rick Singer

Dated: October 26, 2022                    /s/ A. Neil Hartzell
                                           A. NEIL HARTZELL
                                           Freeman Mathis & Gary, LLP
                                           neil.hartzell@fmglaw.com
                                           (617)963-5966
                                           Attorney for Defendant William Rick Singer

## CERTIFICATE OF SERVICE

I, Candice L. Fields, hereby certify that on October 26, 2022, this document was filed through the CM/ECF system and will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

                                           /s/ Candice L. Fields
                                           Candice L. Fields