## STATEMENT OF RESPONSIBILTY
## & RELAPSE PREVENTION PLAN

## RICK SINGER

## November 2022

Since September 21, 2018, when I was approached by the government and they made me aware I had been caught, I have been reflecting on my very poor judgment and criminal activities that increasingly had become my way of life. I have woken up every day feeling shame, remorse, and regret. As I stated at my March 12, 2019 change of plea hearing, I acknowledge that I am fully responsible for my crimes. I want to say more now about what I did and how I am committed to changing my ways.

For most of my life, if not all of it, I have thrived on winning at all costs. My moral compass was broken and, increasingly over time, choosing right over wrong became less important than doing whatever had to be done to be recognized as the "best." Through my very recent work with a psychologist, I have gained some disturbing but important insight into the suppressed childhood trauma that I suffered, and how that trauma played a significant role in my behavior later in life. This personal history does not excuse my illegal conduct at all, but it helps me to understand why I did it. It wasn't for the money (I did have nice things but all I did was work). I did the crimes so I could count my successes as I was taught to do by my biological father who, regrettably, I emulated. I think that this new insight is extremely important as, hopefully with a therapist, I continue working to ensure that I permanently break my terrible habits. I have already realized that being honest is far easier and less stressful than perpetuating lies. It is also the only way a person can live with good purpose.

By ignoring what was morally, ethically, and legally right in favor of winning what I perceived was the college admissions "game," I have lost everything. I have forfeited all of my assets and live in a modest trailer park for seniors, I cannot get a job despite 1,000+ attempts while on pretrial release, I have been (rightly) judged by family, friends, and professional community, I will be permanently notorious as the "mastermind of Varsity Blues," and I will probably also lose my liberty upon being sentenced for my crimes. Even despite all of that, I appreciate, by catching me, that the government has provided me with the opportunity for insight, atonement, and redemption.

**EX. B**

Through all of my scheming and the fallout from it, the fact has been obscured that my greatest joy is and has always been helping kids. When I was a young teacher and coach, I loved working with my students to support them in reaching their goals. I was recently asked about my life's proudest accomplishment and, besides the pride I feel about my son, it is easy for me to pick the next-greatest source of fulfillment: There was a young man who played on the high school basketball team that I coached; when I got a coaching job at a junior college, and then at an NCAA university, I brought him with me each time to play on increasingly better teams, on full scholarship. Ultimately, through his own determination, he was able to obtain a college and graduate degree. My heart is full thinking of how I was able to impact that young person's life through legitimate efforts. I can only hope that, once I have served whatever sentence the Court determines is appropriate, the terms of my supervised release will allow me to work/volunteer in service to others and particularly to underserved youth.

In the meantime, I am so sorry for the pain I caused the students and their families, and the universities and testing agencies, who were negatively impacted by my misconduct. It is not lost on me that my crimes impacted not just the students who were part of my scheme but also all of those who felt like they didn't get the same chance to go to the school of their choice because they couldn't pay or didn't cheat their way in. Those are the kind of kids I could have helped had I just stayed on the right track, and those are the kind of kids I would like to return to helping.

For the rest of my life, I have no expectation or desire to have the lifestyle I had when I was caught. Instead, I hope I can go back to the way things were when I earned an honest living helping others. I believe that, despite my current situation, I can make a positive impact and will be grateful for every opportunity I am given to do so.

Sincerely, and with profound regret,

Rick Singer