

**High Impact Ministries, Inc.**
PO Box 3954
Hot Springs, AR 71914

www.highimpactinc.org

Dear Judge Zobel,

    My name is Amos Oliver Gray IV and I am the founder and CEO of High Impact Movement Inc., a 501(c), nonprofit charitable organization in Hot Springs, Arkansas. Our organization has the privilege of serving underprivileged and under-served youth and their families here in Hot Springs, as well as educating and training adults across the country on how to engage young people in the same situation in their communities.

    I received my first communication from Rick Singer on December 17, 2022. It was an email requesting an audience with me concerning my organization and my work with young people. At first glance, I ignored the email. However, Rick set another communication and at that time I spoke with him about his endeavors. His heart and his passion is very evident for serving undeserved and underprivileged young people, particularly minorities, who simply don't have a chance at life as those who are very privileged.

    Rick shared that he wanted to develop programming that would help pull minority students and those who are lacking a level of success, whether it be in education or a vocation. Rick has been very sincere and upfront about his situation through his communication with me. He has expressed remorse for his dealings concerning the situation that he is in and he wants and desires an opportunity to do right. He is very knowledgeable, and his passion is evident in the way that he communicates and in his actions. I have come to realize this from my observation from some of the things that Rick has put on paper already in this process.

    We have started talks about developing and continuing development of the programming that I have here in Hot Springs, Arkansas in the areas of leadership, employability, and the education of minority undeserved and underprivileged youth. At this time we are in the planning stages of the project and by late January we will be holding our first webinar with Rick with our students and parents from my organization. This is a very important program for High Impact and I believe with all my heart that Rick could play a very important and significant role in its development.

    Rick has not asked for any compensation, nor has he asked to put his name on anything that we are doing. He has stated to me that he just wants a chance and opportunity to do something good and right for young people. I am going to give him that second chance he is looking for. I'm looking forward to giving him that opportunity. I believe that everyone deserves a second chance. I believe that this man wants to take what he has done that was wrong, and do something good and right with it. Because of the passion, his talents and gifts that Rick has in his mind and heart, I believe that we will take this opportunity of a second chance and do just that.

    Thank you for the opportunity to express my experience with Rick Singer and the plans that we have before us. If you have any questions, please contact me by email or by phone ▮ ▮ .

Sincerely,

*Amos Gray*
Amos O Gray IV

**EX. L**