Martha Brymer



May 29, 2022

Honorable Zobel,

    Allow me to introduce myself, my name is Martha Brymer. I've been friends with Rick Singer for over Thirty (30) years. We both attended Our Lady of the Lake University in San Antonio, Texas, and Trinity University. We both played basketball and were roommates at one time. He was my best friend. We have remained friends for all these years and see each other whenever he is in Texas.

    I feel as though I know Rick better than most people. Rick is the most competitive, driven, hard-working person I know. Rick is the guy you want on your team. He is the one that pushes everyone else to be their best. He is the one that has your "back" and support in every situation. He is a team player and a leader. After we both graduated from Trinity University, Rick received a coaching job at a local High School in San Antonio, Texas. One morning his car wouldn't start, so instead of just calling into work and saying that he was going to be late or couldn't come, he got on his bicycle and rode 20 miles to work. Hard work has never been a deterrent to Rick. He is not motivated by money. He is driven by a strong will and an even stronger work ethic.

    When I first heard of the "sandal, I called Rick, and his first words were, "I've hurt so many people, and I have no one to blame but myself." He never once tried to blame other people for his poor choices. I know this might sound a bit strange. But, when I heard the story, and knowing Rick's competitive nature, I could see how he would work to get a student into a university, because he said he could, not because they paid him a lot of money. I heard lots of people say things like he as motivated by greed and power, I DON'T believe that for a moment.

    Rick has spent his like trying to impact young people's lives in a positive manner. He has impacted hundreds of kids in a positive way. Through his non-profit work, he has been a role model and made a difference in a lot of kids lives.

    Since all this has happened Rick and I have talked a lot. We have been brainstorming about ways we can help kids in the area in which I live. I live in a rural, economically disadvantaged area south of San Antonio. We have come up with some great ideas. I know as soon as he is available, we will be able to implement these plans.

    I work with kids, and I tell my kids all the time. If you are wondering what the purpose of your life is…. it is simple…. make the world a better place because you existed. The world is a better place because Rick is here and I think it will be better, because I know he is going to work hard to rectify his mistakes.

    Thank you for reading my letter.

    Sincerely,

*Martha Brymer*

Ex. M