UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>WILLIAM "RICK" SINGER,    )<br>)<br>Defendant   )<br> ) | Criminal No. 19-10078-RWZ |

## GOVERNMENT'S RESPONSE TO DKT. 66

The government respectfully submits this further response to the letter from Attorney Michael Kendall to the Court dated February 27, 2022 (Dkt. 66) regarding six overseas bank accounts purportedly associated with William "Rick" Singer and/or his brother, Cliff Singer. The government previously responded by letter dated February 28, 2022 (Dkt. 67). During a teleconference on March 15, 2022, the Court requested a further response prior to Mr. Singer's sentencing.

The government has investigated the allegations in Mr. Kendall's February 27 letter, as well as a follow-up letter to the U.S. Attorney's Office from Mr. Kendall dated June 12, 2022. The government's investigation has included inquiries of foreign law enforcement authorities and a variety of other investigative techniques, including review of wiretap records, financial records, travel records, and other communications obtained via Court-authorized search warrants, as set forth in the attached Affidavit of Laura Smith. The government has been unable to find any evidence to support Mr. Kendall's allegations, which appear to be unfounded.

        Respectfully submitted,

        RACHAEL S. ROLLINS
        United States Attorney

By:   */s/ Kristen A. Kearney*
        LESLIE A. WRIGHT
        KRISTEN A. KEARNEY
        STEPHEN E. FRANK
        Assistant United States Attorneys

## CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system on December 28, 2022 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

By:   */s/ Kristen A. Kearney*
        KRISTEN A. KEARNEY
        Assistant United States Attorney