UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM RICK SINGER<br><br>Defendant | Criminal No. 19-cr-10078-RWZ |

## AFFIDAVIT OF LAURA SMITH

I, Laura Smith, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Boston, Massachusetts Field Office and currently working out of the Providence, Rhode Island Resident Agency. I joined the FBI in 2010 as a forensic accountant conducting complex financial investigations; I am currently a special agent on a squad that investigates economic crimes, including various forms of corporate fraud, securities fraud and bribery. I hold a Bachelor's degree in Criminal Justice-Economic Crimes Investigation and a Master's degree in Accounting.

2. I was asked to investigate allegations contained in a letter from Attorney Michael Kendall to the Court dated February 27, 2022 (Dkt. 66) regarding six overseas bank accounts purportedly associated with William "Rick" Singer and/or his brother, Cliff Singer, and a follow-up letter from Mr. Kendall to the United States Attorney's Office dated June 12, 2022, which contained additional details concerning the allegations in the February 27, 2022 letter, namely the names of the banks, purported bank account numbers, and balance information for the six alleged overseas bank accounts.

3. As an initial matter, the investigative team reviewed bank records associated with Rick Singer, his business The Edge College & Consulting d/b/a The Key, and his purported non-

profit entity, The Key Worldwide Foundation. These records do not show any transactions with the banks alleged in Mr. Kendall's letters. Nor has the investigative team's review of records associated with Rick Singer, his business, and his non-profit—including millions of email records and hundreds of hours of intercepted calls obtained pursuant to a court-authorized wiretap—provided any evidence that Rick or Cliff Singer conducted financial transactions at the alleged banks (Noor Bank, Dubai Islamic Bank, Banistmo Bank, Banco Santander, Deltec Bank & Trust, DMS Bank & Trust, and Caixa Bank) or in the alleged countries (United Arab Emirates, Panama, Spain, Bahamas, and Cayman Islands), aside from several vacations Rick Singer took to the Bahamas.

4. I have also reviewed investigative resources available to law enforcement, including travel and financial records, and consulted with foreign law enforcement. Again, I was unable to find any records that Rick or Cliff Singer conducted financial transactions in the identified countries. Indeed, with the exception of the Bahamas, I am not aware of any records indicating that Rick or Cliff Singer even traveled to any of these countries, let alone opened bank accounts there.

5. I also participated in an interview of Rick Singer regarding the allegations in Mr. Kendall's letters. He denied conducting any financial transactions in the identified countries and, aside from cruises to the Bahamas, denied traveling to any of the identified countries. Rick Singer further denied having any accounts, foreign or domestic, that he had not previously disclosed to the government. He also denied having any arrangement with Cliff Singer to keep money for him.

3

      6.      In sum, I was unable to locate any information from any source corroborating the information in Mr. Kendall's letters.

Sworn under penalty of perjury, this 28th day of December, 2022.

                                          */s/ Laura C. Smith*
                                          LAURA SMITH
                                          Special Agent
                                          Federal Bureau of Investigation