WHITE & CASE

December 30, 2022

White & Case LLP
75 State Street
Boston, MA 02109-1814
T +1 617 979 9300

whitecase.com

Hon. Rya Zobel
United States District Court
1 Courthouse Way
Boston, MA 02109


Re:     United States v. William Singer, 1:19-cr-10078-RWZ


Dear Judge Zobel:

     Earlier, I wrote a February 27, 2022 letter (DE 66), informing the Court of information related to six bank accounts that defendant William "Rick" Singer maintained overseas. At times, these accounts held millions of dollars. Most or all of these accounts he held with his brother Clifford Singer. The information I provided about these accounts directly refuted a financial statement that Mr. Singer had previously completed as part of his cooperation and which the government had distributed to defense counsel. Based on the evidence available to defense counsel, the money in these accounts is very likely derived from Mr. Singer's college admissions fraud, his and his brother's money laundering activities as described in the intercepted conversations produced by the government, or both.

     I am writing in response to DE 92, the Government's Response to DE 66, my letter. In it, the Government states that even though it believes Mr. Singer is so dishonest that he perpetrated an extensive fraud, engaged in widespread tax evasion, and generated millions of dollars that have not been located, it accepts Mr. Singer's claim that he did not have foreign accounts and it thus did not make any direct inquiry to the banks. Remarkably, the Government's memorandum indicates it made no attempt to contact any of the six banks, even though it has the banks' names and locations, the names of the accountholders, and other details concerning each of the accounts.

     If the government had sincerely wanted to get the best evidence available, it could have done what it typically does in every case involving bank accounts that contain the fruits or instrumentalities of criminal activity. It could have asked the banks to produce the account records. The government could have asked Mr. Singer to sign a written authorization instructing the banks to forward the account records to the government, which is a routine law enforcement practice. The government could have asked a court to authorize requests for foreign bank records, which is also a routine law enforcement practice. The government provides no

explanation why it thought it could rely on Mr. Singer's oral representations and forego the standard practice of seeking records from the banks.

It is in the interests of justice that the government be instructed to make a thorough effort to document these accounts and the current location of the funds.

I represent John Wilson. My client's case is still pending, and this information may be relevant to future court proceedings.

Sincerely,

Michael Kendall