

**U.S. Department of Justice**

***Rachael S. Rollins***
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*       *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 30, 2022

The Honorable Rya W. Zobel
United States District Court
1 Courthouse Way
Boston, MA 02109

      Re:    *United States v. William "Rick" Singer*
             No. 1:19-cr-10078-RWZ

Dear Judge Zobel:

      We write in response to the letter of today's date directed to you from Attorney Michael Kendall concerning purported foreign bank accounts held by the defendant, William "Rick" Singer, or his brother.

      Mr. Kendall contends that the government relied on oral representations by Mr. Singer in advising the Court that it has been unable to find any evidence to support Mr. Kendall's allegations. That is untrue. As set forth in the government's prior filing (Dkt. 92), the government undertook an extensive investigation into Mr. Kendall's claims, which included a variety of investigative techniques. Not all of these methods can be described in a public filing. Should the Court request, the government will be prepared to provide additional information to the Court on an *in camera*, *ex parte* basis, at the time of Mr. Singer's sentencing. Likewise, Mr. Kendall's contention that the government suggested, in its prior filing, that Mr. Singer's scheme "generated millions of dollars that have not been located" (Dkt. 95 at 1), is untrue. To the contrary, the government's financial analysis – which was the subject of extensive testimony during the trial of Mr. Kendall's client – refutes that contention.

      Mr. Kendall notes that his client's case remains pending. Despite writing letters to two different district court judges, Mr. Kendall has at no time brought these allegations to the attention of Judge Gorton, who presided over his own client's trial and sentencing.

                                        \*\*\*\*

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Stephen E. Frank
LESLIE A. WRIGHT
KRISTEN A. KEARNEY
STEPHEN E. FRANK
Assistant United States Attorneys