UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>WILLIAM SINGER,<br>    Defendant,<br>and<br>JOHN B. WILSON,<br>    Movant. | No. 1:19-cr-10078-DJC |

**John Wilson's Opposition to Government's Motion to Extend Deadline
and to Continue November 29, 2023, Hearing**

John Wilson opposes the government's request to move the filing date for its opposition to Mr. Wilson's Motion for Return of Property and to continue the date for oral argument from November 29, 2023, to a later date. DE 121. Normally, Mr. Wilson's counsel would be happy to agree to the government's request to extend the date to accommodate the vacation schedule of one of the prosecutors assigned to this case. However, there has been so much delay over the return of Mr. Wilson's funds, that further delay would truly impose a hardship on Mr. Wilson.

The government took $1,000,000 in funds from Mr. Wilson in October and November 2018, five years ago, and it has been holding the funds without legal authorization, as detailed in Mr. Wilson's filings. Once the government indicated in June 2023 that it would drop all of the charges that could conceivably give rise to a forfeiture claim against these funds, Mr. Wilson asked the government to release them, and when it refused, he initiated motion practice. That was five months ago. If the Court moves the hearing from November 29, 2023, it will need to delay the hearing to January 2024, due to the scheduled surgery for Mr. Wilson's counsel.

These delays have caused a significant financial hardship for Mr. Wilson, and thus he asks that the Court proceed without further delay.

| | |
|---|---|
| DATED: November 17, 2023 | Respectfully submitted: |
| | *Counsel for John Wilson* |
| | /s/ Michael Kendall |
| | Michael Kendall (BBO #544866) |
| | Lauren Papenhausen (BBO #655527) |
| | Daniel Medici (BBO #705650) |
| | White & Case LLP |
| | 75 State Street |
| | Boston, MA 02109 |
| | Tel: (617) 979-9310 |
| | Michael.kendall@whitecase.com |
| | Lauren.papenhausen@whitecase.com |
| | Dan.medici@whitecase.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above document is being filed on November 17, 2023, through the ECF system, which will send true copies to all counsel of record.

                                                /s/ Michael Kendall
                                                Michael Kendall