UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>WILLIAM RICK SINGER, | 1:19-cr-10078-DJC |

## UNOPPOSED MOTION TO MODIFY HEARING DATE

By and through undersigned counsel, William Rick Singer hereby requests that the Court move up to June 12, 2025 at 10:00 a.m. the hearing that otherwise is scheduled for June 24, 2025. The government assents to this request.

*/s/ Aaron M. Katz*
Aaron M. Katz
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116 (617) 915-6305
akatz@aaronkatzlaw.com

*Counsel for William Rick Singer*

DATED: May 23, 2025

2

## CERTIFICATE OF SERVICE AND CONFERENCE

I hereby certify that the foregoing notice was served on the government counsel via the CM/ECF system on May 23, 2025. I also certify that I conferred with the government regarding this motion, and the government assents.

*/s/ Aaron M. Katz*

Case 1:19-cr-10078-DJC   Document 155   Filed 05/23/25   Page 3 of 3