UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM RICK SINGER,<br><br>  Defendant.<br><br>  *and*<br><br>THE VANGUARD GROUP, INC.,<br><br>  Garnishee. | )<br>)<br>)<br>)<br>)   CASE NO. 1:19-CR-10078-001-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **WRIT OF GARNISHMENT**

TO:   The Vanguard Group, Inc.
      Malvern, PA

The United States of America believes you to be in possession or control of funds or property belonging to the Defendant, William Rick Singer (hereinafter "Singer") and that he has a substantial nonexempt interest.

On January 19, 2023, an amended judgment was entered in the United States District Court for the District of Massachusetts against Singer, social security number ***-**-2934, last known address in West Hollywood, CA who is indebted for the judgment amount of $10,669,241.00. The current total balance is $10,529,403.15.

Pursuant to 28 U.S.C. § 3205(c), you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by Singer, including disposable income, and, if so, you must describe such property and the value of such interest. You must then describe any previous garnishments to which such property is subject

and the extent to which any remaining property is not exempt. Property that is exempt from this Writ is listed on the attached Claim for Exemption Form. You must also state the amount of debt, if any, you anticipate owing to Singer in the future and the type of payment schedule.

**You must immediately withhold and retain any property in which Singer has a substantial nonexempt interest and for which you are or may become indebted to Singer pending further order of the Court. This includes any new property of Singer's over which you obtain control or possession while this Writ is in effect.**

You must file, **within ten (10) days** of service of this Writ, your original written answer to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also serve a copy of your answer to this Writ upon both Singer, located in West Hollywood, CA and Carol E. Head, Assistant U.S. Attorney located at the U.S. Attorney's Office, Asset Recovery Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date.

If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of Singer's nonexempt property. It is illegal to pay or deliver to Singer any item attached by this Writ.

ROBERT M. FARRELL
Clerk, United States District Court

By: *Savannah Cook*
Deputy Clerk

Date: 6/2/2025

