

# YOUR FUTURE STARTS HERE

Unlocking Potential, Creating Opportunities:
Where Dreams Take Flight

# WHAT WE DO

At ID Future Stars, we are more than just mentors we are guides, and champions of your potential. With a dedication to excellence and a passion for nurturing talents, we stand as a beacon of hope on your journey and beyond. Our team comprises seasoned educators and life coaches who are committed to empowering the leaders of tomorrow.

# 20+

Years of Experience

# 98%

Success Rate

We provide personalized, one-on-one guidance to help you and your child navigate the complex journey of college admissions with confidence and success. Our holistic approach focuses on academic excellence, leadership development, and emotional intelligence, ensuring that each student finds the right fit for their higher education goals.

# COLLEGE ADMISSION

Explore our tailored services, where we specialize in guiding students to achieve their full potential through personalized educational and career planning. From college admissions to career-focused programs, we provide expert support every step of the way. Ready to start your journey?

# ARE YOU THE ONE?™

Unleash Your Potential with "Are You the One?" Our innovative program designed to identify and cultivate your unique skills,

CLICK HERE

LEARN MORE

setting you on the path to a fulfilling and successful career. Whether you're aiming to bypass the conventional college route or carve out your place in a rapidly evolving future, "Are You the One?" equips you to thrive. Ready to unlock what's possible?

# OUR TRACK RECORD

With over 20+ years of experience catering across the entire United States and International Students. 98% of ID Future Stars students are admitted to at least 1 of their top 3 college choices. Our team with over 20 plus years of experience provides tailor support in Early A...

VIEW FULL HERE

95% Harvard University

78% Princeton University

84% Yale University

90% University of Pennsylvania

**77**% Brown University | **82**% Columbia University | **69**% Cornell University | **85**% Dartmouth University

## Other schools

| | |
|---|---|
| Massachusetts Institute of Technology (MIT) | **79**% |
| Stanford University | **92**% |
| California Institute of Technology | **71**% |
| John Hopkins University | **78**% |
| Northwestern University | **85**% |

| | |
|---|---|
| University of Chicago | **87**% |
| University of California, Berkeley | **90**% |
| Vanderbilt University | **74**% |
| Georgetown University | **89**% |
| University of California, LA | **80**% |

# INSPIRING POSITIVE CHANGE

## AT ID FUTURE STARS WE HELP GUIDE OUR STUDENTS TO:

(1) Develop a tailored strategic college admissions plan based on the student's academic goals.

(2) Discuss goal setting for college and beyond, creating a clear roadmap for their academic aspirations. This includes students with special talents in areas such as fine arts, performing arts, athletics, and academics.

(3) Create a list of Universities that fit the needs of our students and then discuss details prior to the beginning of the application process.

(4) We review the student's academic transcripts and test scores (SAT, ACT, TOEFL) annually to ensure they meet the necessary standards for their desired colleges.

(5) During the senior year, we work one-on-one with each student to craft their Personal Statement and Supplementary Essays for college applications.

(6) Coach the student to create a compelling essay including their Personal Statement, for creativity and accuracy, ensuring the student presents their best self to admissions officers.

(7) We coordinate the uploading of teacher and counselor recommendations, ensuring all necessary documents are submitted on time.

(8) Post-Acceptance Support:
Once acceptance letters arrive, we discuss the best options with the student and family, ensuring a well-informed decision.

(9) We help with all enrollment-related tasks, including submitting deposits for admission and housing.

(10) Strategize on an Early Decision/Early Action plan.

(11) Preparation for the SAT / ACT and other standardized tests.

(12) Help students earn and achieve their admission goals to top graduate schools and prep schools!

# TAKE THE

# NEXT  STEP TORW

# COLLEGE SUCCESS

We are committed to guiding you through every stage of the college admissions process. With personaliz expert guidance, and comprehensive support, we ensure that your journey to college is smooth and succe record speaks for itself – with over 20 years of experience and up to 98% success rate, we help students

dreams of attending top-choice schools.

Fill in the consultation form now and take the first step towards turning your college dreams into re

Let's work together to unlock your full potential and make your college aspirations come true.

# START YOUR JOURNEY WITH ID FUTURE STARS  TODAY – BECAUSE YOUR FUTURE DESERVES THE BEST

At ID Future Stars, you can unlock your child's potential with our secure and personalized consultation session! Fill out the form below to begin their journey towards a successful transition to their ideal College or University. Our consultations can be done virtually for your convenience, and you can also learn how to take advantage of our in-person consultations.

# COMPLIMENTARY CONSULT FORM

We would love to hear from you!

Name of Student:

First                                          Last


Gender:

Male
Female
Prefer Not To Say
Prefer to Self Describe

EXPAND FORM


# Freshman

The time to explore new interests and set the stage for high school success.

We help students navigate their academic choices, identify potential extracurricular activities, and begin building a personal brand that will grow throughout their high school years.


# Junior

Pivotal in the college admissions journey.

We provide intensive support for standardized test preparation, college research, and application strategies. Our focus is on helping students refine their academic interests, select

# Sophomore

**Critical for academic and extracurricular growth.**

We guide students in selecting challenging courses, developing leadership skills, and deepening their involvement in activities they are passionate about. This year is all about building a strong resume and preparing for standardized tests.

# Senior

potential colleges, and start crafting compelling personal statements.

**Senior year is the final stretch.**

We offer comprehensive support through the college application process, including essay writing, interview preparation, and application submission. Our goal is to ensure students present their best selves and secure admissions to their top-choice schools.

# Get Started

Click here to Learn more about us

# GET IN TOUCH

We would love to hear from you! Fill out our contact form to start your journey with ID Future Stars.

SIGN UP FOR NEWSLETTER

Join our Growing Community and stay up to date to  the latest news and trends!

Email address

## About

Why Hire Us

Services & FAQ

Terms & Conditions

Privacy Policy

Case Studies

Press

Blog

## Services

Setting the Stage

Lift Off

Path2Success

Special Talents

Transfers

Are You The One?

## Contact Us

hello@idfuturestars.com

+1 (949) 229-2379

BOOK A FREE CONSULTATION

ID Future Stars has no association
with the schools or any of its affiliates.

© Copyright 2024 ID Future Stars. All Rights Reserved.
Designed and powered by The Sikat Agency


# WHO WE ARE

We provide comprehensive life coaching and college admissions guidance with a hands-on approach that discovers how we can best help your child achieve their dreams.



# ABOUT US

**Location**                 Los Angeles

**Website**          idfuturestars.com

We pride ourselves on offering a hands-on, personalized approach to college admissions counseling. We cater to thousands of applicants across the United States and International foreign students, focusing on finding the right fit school rather than just the most competitive ones. With a 80-96% acceptance rate for first-choice schools and over 90% within the list of their top 3 choices, our success speaks for itself.

Impressively, 100% of our clients come from direct referrals, reflecting our reputation and the trust families place in us. Our expertise lies in navigating the complexities of the college admissions process. We guide students and families through every step, from evaluating academic and extracurricular profiles to crafting compelling personal statements. Our college life coaches are incredibly well versed, enthusiastic, and exceptional communicators, offering one-on-one coaching tailored to each student's goals and needs.

Millions of high school and college-aged students are in demand because of their intellect, emotional quotient, transactional, and technical skills. However, many are wasting their time following the

status quo—The Paper Ceiling—trying to figure out how to get into an amazing college or floundering in rote courses taught by professors with very little real-world expertise. Instead of gaining the hands-on skills and experience that Fortune 500 companies globally are seeking, these students are missing valuable opportunities.

Companies are stuck on a talent treadmill with no concrete plan to build an incredible talent pool measured against the known soft and hard skills needed to be successful, regardless of age, in these Fortune 500 companies.

Companies, parents, and students need a reliable partner with the experience and ability to source, recruit, assess, coach, mentor, and prepare the top 10 percent of individuals ages 16-25 worldwide. This partner can help break the Paper Ceiling and mobilize an incredible wealth of talent that has no idea how to secure their future using their God-given talents and learned abilities.





# OUR MASTER COACH, RICK SINGER, SHARES HIS PERSONAL JOURNEY AND DEDICATION TO HELPING STUDENTS SUCCEED:

"I am not afraid to tell people who I am and that I made a mistake, took full responsibility and want to share my expertise, passion, and desire to help shape our next generation's leaders by helping each find a college and career that is the right choice for each individual. We will continue to utilize our deep relationships with the respected decision-makers at colleges and universities but will not stray from staying and living in good standing.

The Lessons I learned from my past experience is to team up with the best legal minds and university institutional partners to help me operate my passion the right way. In my past company, both For and Non Profit, I utilized my common sense instead of acquiring the appropriate guidance with small and impactful decisions that affected others. After the fact, my attorney Donald Heller, also a former client that we placed both of his kids into great schools said

> " You were So stupid, all you needed to do was contact an attorney and he or she would have guided you to register and set up  a Lobbying company for your donations to the university's, which would have been perfectly legal."

 The important values I learned in my journey–is to stay away from the gray areas in college admissions and institutional advancement... That  I will not be traveling down the uneven side of the road even when the coast looks clear, but will fiercely seek the proper guidance and support from expert counsel.

I want to do college and career life coaching again because–I LOVE IT! And this is my passion. The energy that I exude when I work with our future leaders and their families is like rocket fuel. Additionally, why not go back to doing something that I am the best at worldwide based on our successes in the past? When I receive calls, emails, texts, TikTok, Instagram, and Facebook messages from my ex-students and their families, I beam with fulfillment that is hard to get from anywhere else.

The value proposition we provide to students and families is they will get the best sense of urgency and follow-up, expertise focused on the social, cultural, academic, and career strengths of all colleges and universities in the US and many abroad. The deep relationships we build with each student and family evolves to a point where we become a family member over time, along with the connections with the decision-makers at colleges and universities. To me, success is peace of mind - my personal mantra is always to be the first pick in anything I do. To be the "first pick", I have to exceed the expectations of my student's and family's. And yes! I have the confidence to help you and exceed your goals."

- Rick

(Athletes, Performing and Fine Arts and Academic expertise) to achieve their dreams of attending the "Right Fit" university.  Starting with a comprehensive evaluation of each student's academic and extracurricular (student clubs activities, community service, work, athletics, honors and awards and many more) profile, we develop a tailored game plan to maximize each student's opportunities utilizing weekly meetings either in your home,  via Zoom or Google Meets to ensure continuous support and progress.

Our unmatched knowledge of the admissions process, gained from over 20 years of experience, ensures that nothing gets lost in translation. We maintain senior-level relationships with colleges and universities nationwide, enabling us to provide insights and support that others can't. Our weekly life coaching meetings fosters a strong bond of trust, helping students stay motivated and parents stay informed without added stress. In a world where college admissions have become increasingly competitive, having ID Future Stars on your side can make all the difference. We bring expertise, dedication, and a personalized approach to ensure your child's success.

Take the first step towards your child's bright future. Fill out our consultation form today and discover how our proven strategies and personalized guidance can help your child achieve their college dreams with ID Future Stars.

Get Started

# WHO WE ARE



**Marlo Stingson**

Chief Excutive Officer



**Rick Singer**

Master Coach & Lead Advisor



**Bailey Li**

Co-Founder China Region



**Paulo Gonzales**

Head of Marketing and Digital



**Chris Taylor**

Chief Technology Officer

SIGN UP FOR NEWSLETTER

Join our Growing Community and stay up to date to  the latest news and trends!

Email address

## About

Why Hire Us

Services & FAQ

Terms & Conditions

Privacy Policy

Case Studies

Press

Blog

## Services

Setting the Stage

Lift Off

Path2Success

Special Talents

Transfers

Are You The One?

## Contact Us

hello@idfuturestars.com

+1 (949) 229-2379

BOOK A FREE
CONSULTATION

ID Future Stars has no association
with the schools or any of its affiliates.

© Copyright 2024 ID Future Stars. All Rights Reserved.
Designed and powered by **The Sikat Agency**



ID FUTURE
STARS

PRICING    ADMISSION SERVICES    ABOUT

Get Started

# WHY HIRE US

Our extensive track record speaks volumes about our expertise and commitment to helping students achieve their academic dreams. With 100% Direct Referrals over the last decades!

## OUR PROVEN SUCCESS ACROSS VARIOUS MAJORS AND COLLEGES HIGHLIGHTS OUR DEEP UNDERSTANDING OF THE COLLEGE ADMISSIONS LANDSCAPE.

20+          100%          6500+          98%

# LIST OF UNIVERSITIES

| | | |
|---|---|---|
| Amherst College | Arizona State University (ASU) | Babson College |
| Barnard College | Boston University | Bowdoin College |
| Brown University | Butler University | CU Boulder (University of Colorado Boulder) |
| California Institute of Technology (Caltech) | California Institute of the Arts (CalArts) | California Polytechnic State University, San Luis Obispo (Cal Poly San Luis Obispo) |
| Carleton College | Carnegie Mellon University | Case Western Reserve University |
| Chapman University | Claremont McKenna College | Cornell University |
| Dartmouth College | DePaul University | Duke University |
| Emerson College | Emory University | Grinnell College |

| | | |
|---|---|---|
| Harvey Mudd College | Kenyon College | Loyola Marymount University |
| Loyola University Chicago | MIT (Massachusetts Institute of Technology) | Macalester College |
| Miami University of Ohio | Michigan State University | Middlebury College |
| Mount Holyoke College | New York University (NYU) | North Carolina State University |
| Northeastern University | Northwestern University | Oberlin College |
| Occidental College | Ohio State University | Pomona College |
| Purdue University | Rochester Institute of Technology | Rose-Hulman Institute of Technology |
| Santa Clara University | Scripps College | Southern Methodist University |
| TCU (Texas Christian University) | Tulane University | UC Berkeley (University of California, Berkeley) |
| University of California, Davis (UC Davis) | University of California, Irvine (UC Irvine) | University of California, Los Angeles (UCLA) |
| University of California, San Diego (UC | University of California, Santa Barbara | University of California, Santa Cruz |

| | | |
|---|---|---|
| San Diego) | (UC Santa Barbara) | (UC Santa Cruz) |
| University of Chicago | University of Colorado Boulder(CU Boulder) | University of Denver |
| University of Florida | University of Houston | University of Illinois at Urbana-Champaign |
| University of Iowa | University of Kansas | University of Maryland, College Park |
| University of Miami | University of Michigan, Ann Arbor | University of North Carolina |
| University of Pennsylvania | University of Virginia | University of Washington, Seattle |
| Vanderbilt University | Washington University in St. Louis | |

Get Started

| 7,200+ | 1080+ | 4680+ | 5400+ |
|---|---|---|---|
| Number of Admissions | Small Size Schools | Medium Size Schools | Large Size Schools |

# Engineering

- Mechanical Engineering
- Civil Engineering
- Environmental Engineering
- Electrical Engineering
- Computer Engineering
- Computer Science

# Business

- Accounting
- Finance
- Data Science
- Marketing
- Economics

# Sciences

- Biology
- Chemistry
- Physics
- Environmental Science
- Sustainability
- Construction Management
- Artificial Intelligence

# Communications

- Film
- Radio
- Television (TV)
- Social Media
- Journalism

# Liberal Arts & Sciences

- English
- Psychology
- Sociology
- Political Science
- Humanities
- Mathematics
- Statistics

Get Started

# GET IN TOUCH

We would love to hear from you! Fill out our contact form to start your
journey with ID Future Stars.

CONTACT NUMBER

+1 310-871-1797

EMAIL ADDRESS

hello@idfuturestars.com

X

@idfuturestars

SIGN UP FOR NEWSLETTER

Join our Growing Community and stay up to date to the latest news and trends!

Email address

## About

Why Hire Us

Services & FAQ

Terms & Conditions

Privacy Policy

Case Studies

Press

Blog

## Services

Setting the Stage

Lift Off

Path2Success

Special Talents

Transfers

Are You The One?

## Contact Us

hello@idfuturestars.com

+1 (949) 229-2379

BOOK A FREE CONSULTATION



ID Future Stars has no association with the schools or any of its affiliates.

© Copyright 2024 ID Future Stars. All Rights Reserved.
Designed and powered by The Sikat Agency



# CASE STUDY

Our Future depends on what we do in the present.







# THE FUTURE DEPENDS ON WHAT WE DO IN THE PRESENT



**Brian T.**

Communications Graduate



**Maggie C.**

Major in Biology



**Caroline Y.**

Business administration and management

# Transforming Challenges into Triumphs: Real Stories of Student Success

# GREAT MINDS, BEHIND GREAT THINGS

## Brian T.

Brian is about to enter 11th grade. He has ADHD and dyslexia, and although he's been in special education his whole life, he has the potential to be mainstreamed into a regular classroom with the right support. Brian is quiet and struggles with communication, but his passion lies in sports statistics, particularly baseball, basketball, and football statistics.

His mom, a highly successful media executive, works long hours and isn't home until 7 pm each night. Dad isn't involved in Brian's life.

- Brian's upcoming grade level and learning challenges.
- His potential for mainstreaming with support.
- His quiet personality and communication struggles.
- His passion for sports statistics.
- His family situation (single mom with long working hours and absent dad).

The Mom and Brian were a referral from a very strong academic family that we worked with and had great success getting her daughter into the school of her choice Early Decision to Duke.

His Mother was hunting for the long lost treasure for Brian - Could He go to a Four Year College? Could Brian

be successful academically, socially and personally despite being in Special Education courses most of his life? She had been told by umpteen teachers and administrators the best Brian could do was attending a Community College or Vocational school?

We met at their home and sat at the kitchen table with Brian's transcript. We started the meeting with a discussion focused solely on answering my questions about his passion - Sports Statistics. Because I worked with 100's of kids like Brian in the past, I knew the goal was to get Brian speaking and get him hyped about his passion. I took his passion and started giving him ideas on how he could use his passion to have fun, make MONEY (START A BUSINESS) and use his incredible knowledge to set his Path for a career in Sports at the College and or Professional level.

He was a young man that talked directly with me for 30 minutes non stop, Brian's mom was flabbergasted at
her son's passion and desire to share it with me. Once we were done conversing about his passion, I pulled the
conversation over into what Mom wanted to speak about–Could Brian attend a 4 year traditional College and be Successful?

My immediate response was Yes! Brian could attend a 4 year college where he can be successful academically,
socially and personally, but we had a lot of work ahead of us, and everything is depended on Brian's desire to go
away to a 4 year college. Brian was in charge of his journey... not his mom. Mom would provide the resources but Brian and I would create the game plan, then implementing the plan, worked through the ups and downs including a battle with his High School to get their heads turned around, so that they would work with our game plan to succeed but we need them to give us a chance to prove that Brian could make it through High School and attend a college of his choice.

## Brian's Journey to College

Brian and his mom were referred by a family who had successfully placed their daughter in their dream school, Duke University. Brian's mom desperately wanted to know: could Brian attend a four-year college and be successful academically, socially, and personally despite being in special education most of his life? After years of being told by teachers and administrators that a community college or vocational school was Brian's best option, hope seemed lost.

## Meeting Brian and Sparking Passion

We met at their home and began by focusing solely on Brian, discussing his passion for sports statistics. My goal, having worked with many students like Brian, was to get him talking excitedly about what mattered to him. I took his passion and showed him ways to use it for fun, potentially make money (by starting a business), and build a career path in sports at the college or professional level.

For the next 30 minutes, a young man who usually struggled to communicate spoke non-stop. His mom was astounded by his passion and desire to share it. Once his passion was unleashed, we shifted the conversation to her concerns: could Brian attend a four-year college and be successful?

## Building a Roadmap to Success

My answer was a resounding yes! However, there was significant work ahead, and it all depended on Brian's desire. While Mom would provide the resources, Brian and I would create and implement the plan, navigate challenges, and fight with his high school to get them onboard. We needed them to give Brian a chance to succeed in high school and get into his chosen college.

## Designing a College Fit

Next, I painted a picture for Brian and his mom. The ideal college would be small or medium-sized, have a strong learning differences program supporting Brian's style, accommodate his extracurricular needs, and provide opportunities for him to utilize his passion for sports statistics throughout his college years. Brian and his mom were ecstatic. Mom, with tears in her eyes, expressed gratitude for the hope and actionable plan, emphasizing that Brian needed to take initiative with my coaching.

## Hurdle by Hurdle

Here were the key hurdles to overcome:

- Mainstreaming Brian: He needed to be placed in regular classes where he could succeed.
- Learning Style Diagnosis: Brian was an auditory-tactile learner. He thrived on hands-on projects but struggled with traditional

- lecture-based learning and memorization.
- Standardized Testing: We needed to get Brian prepared for the SAT and ACT, utilizing his Individualized Education Program (IEP) to get extended time and potential accommodations like having the test read to him. Finding the right tutor who understood Brian's needs was crucial.
- College Selection and Communication: We targeted a few schools that would be a good fit for Brian and arranged discussions with admissions officers, learning disabilities services directors, sports information directors, and head coaches of the basketball, football, and baseball teams (Division 1). The goal was to determine if Brian could be an asset to their programs and arrange potential interviews during his spring break college visits.
- Tutoring: Subject-matter tutors were needed to help Brian compete in regular classes and potentially serve as test readers for quizzes.

## 11th Grade and Beyond

Brian's 11th grade went remarkably well. He successfully transitioned to regular classes in English, Algebra, US History, and Environmental Science. He also received approval to take Sign Language at a local community college, achieving A's in both semesters. With extended time and the test being read to him, Brian achieved a significant improvement on the SAT, jumping from a 480 to a 930 score.

Spring break was dedicated to college visits. Brian and his mom visited the University of Denver, Regis University, DePaul University, and North Park College. We arranged tours, information sessions, and

meetings with admissions, learning disability services, and coaches at each school.

Brian also participated in a three-week athletic program for international and domestic students, working as a statistician. This immersive experience gave him a taste of college life and working with coaches.

## The Application Process and Decision Time

Now came the crucial stage: leveraging our relationships and expertise in the college application process.

Brian's top choices were the University of Denver and DePaul University. We secured meetings with key decision-makers at both schools, bringing Brian's transcript, test scores, and resume. These meetings provided valuable insights into what Brian needed to do with his essays, applications, and senior year grades to secure admission. Simultaneously, we established connections with the sports information directors and basketball coaches to explore volunteer opportunities at each school.

Brian graduated in Communications with a 2.5 GPA from U Denver. We hired tutors outside the normal ones offered at U Denver for kids with learning issues for all four years. The success Brian achieved was based on his passion to stay a member of the Basketball staff, which ignited his desire to achieve in the classroom.

Brian is now a graduate and looking at getting a Master's in Sports Management. What a GREAT Story of Success!



Brian T.
Communications Graduate

Brian, despite learning challenges, aspires to leverage his passion for sports statistics into a career in college athletics.

Get Started

## Maggie's Journey to Brown University

Maggie was a 10th grader at a Palo Alto, California
high school. Her parents are incredibly successful business people.

Maggie was a strong student taking the most rigorous curriculum her school had to offer - Honors and AP classes throughout high school. Her high school is one of the most demanding schools in the country. Maggie has traveled the world many times over and is very sophisticated in her vision and approach to life. Because of her introduction to the Climate Crisis at an early age through her mom and dad, Maggie was enthralled with wanting to learn more. Maggie and her classmates were conscious of the Carbon emission problem but did not know how to engage in making a difference.

We were referred to this family from a very formidable President of a university we worked with many times over the years and also helped this President help his own kids into college. The first meeting with the mom, dad and Maggie at their home went very well. Initially it was tense, because Maggie did not understand why she needed extra help getting into a college of her choice because of who her family was and since she had solid grades and she is a good test taker. Maggie had a 3.7 GPA unweighted and a 4.1 weighted GPA after 10th grade. She achieved a 1240 on her PSAT. In 11th grade Maggie was set up to take AP English Comp, AP US History, Pre Calculus

Honors, AP Spanish Comp, AP Biology and Leadership. At our first meeting it became obvious why I was at the table. The friction between the student and mom and dad about the subject of College was huge. Mom and Dad both graduated from the best graduate schools in the US, were leaders nationally but as it is in most homes we work in the student disregards mom and dad's success and knowledge.

The student often states "you do not know the college process now- you went to school 30 years ago" Blank, blank and blank from down the street just had their child go through the process and I have been listening to their conversations. All I am hearing now is how Difficult it is to get into the schools I might want to get into. 4 girls from my school with perfect grades and 1500+ SAT scores got denied by not only their first choice school but several more. Frankly, when I reflect on our neighborhood, I am afraid I might not get into where I want to go." I get why we need HELP.

After we got through the scene - we got down into the weeds as I explained the process behind close doors to getting into the school of her choice. Finding the Right 'Fit' is not an Art but a Science and the process of
standing out over All others is the Art. As I explained NOONE in the country can do it as well as ID Future Stars and our results stand for themselves. As I stated to Maggie if you let us Team up with you the chances of you getting into your First Choice school becomes a reality. Yes you have prominent parents but that can only take you so far. This is a game and we get to play it with more resources than anyone else. Are you in? She said - Yes!

Next was convincing Maggie we are in a game and there are certain factors we need to consider about the
process of selecting colleges to apply to and then the unknown strategy of Getting IN.
I told Maggie she is a great student but only 23rd out 86 in her class despite taking such difficult classes and
doing so well. The problem we have is everyone in your class wants to go

to Stanford or one of the IVY's. HOW DO WE FIND THE RIGHT COLLEGE AND HOW DO WE GET YOU IN?

## Our Approach

We emphasized that finding the right fit was a data-driven process, while standing out from the crowd was more of an art form. We assured Maggie that our proven track record could significantly improve her chances of getting into her top choice school. We highlighted that while her prominent family background was an advantage, it wasn't the sole factor in admissions. "This is a game," I explained, "and we have more resources than anyone else to help you play it." Maggie finally agreed to work with us.

## The Importance of Standing Out: Building a Personal Brand

The next step was convincing Maggie that the college selection process was strategic and involved a well-defined approach to finding the right schools and crafting a winning application.

Despite taking a challenging course load and performing well, Maggie ranked only 23rd out of 86 in her class. The problem? Many of her classmates also aspired to attend Stanford or Ivy League schools. The challenge was twofold: finding the right college and ensuring her application stood out.



We introduced our "pluses and minuses" theory to help Maggie understand how seemingly small grade differences could significantly

impact her ranking. With three B+'s on her transcript, we explained how a little more effort and communication with teachers could have potentially converted those grades to A- (worth the same as an A or A+ in our system). This slight improvement could have placed her in the top 11 of her class. Maggie acknowledged, "I wish someone would have told me this!" This was precisely why families sought our guidance.

Building a strong personal brand was crucial to differentiate Maggie from the competition. Capitalizing on her passion for the environment and her desire to educate others about the climate crisis, we brainstormed a youth movement called "Inconvenient Youth," inspired by Al Gore's film "An Inconvenient Truth." Our goal was to partner with the Climate Project educators and establish Inconvenient Youth as a branch of their movement. Leveraging Maggie's parents' connections, we secured a meeting and approval to launch the initiative.

## Maggie C.
### Major in Biology

Maggie's not just passionate about the environment, she's got the brains to back it up. Now, she seeks a major that combines her eco-awareness with business smarts, ready to solve, not just study, environmental issues.

## The Inconvenient Youth Movement

Next, we contacted the Climate Project to see if they could conduct a training session at Stanford University during Maggie's summer before 12th grade. Leveraging my connections at Stanford, I secured the use of campus facilities for a week. I then invited 200 ID Future Stars students from grades 9-12 to fly to Palo Alto for training and certification. This program would equip them with the skills and knowledge to develop Inconvenient Youth chapters at their own schools. Following the training, a select group of 20 students would travel across the country to deliver presentations about the climate crisis to elementary, middle, and high schools. Utilizing materials from the Climate Project, they would engage each school in creating their own ICY club.

The initiative proved immensely successful. Maggie's ICY team presented at over 400 schools within a year. This experience provided Maggie with the perfect opportunity to showcase her passion and leadership qualities in her college application personal statement. Maggie's work with Inconvenient Youth propelled her to national recognition as a youth organizer.

## Finding the Perfect Fit: Brown University

While Maggie's ICY initiative flourished, we remained focused on finding the right-fit college for her. Due to our close collaboration, it became clear that Brown University was the ideal choice. However, maintaining her focus on academics remained crucial. Maggie needed to excel in her rigorous 12th-grade classes and achieve an SAT score above 1400. Our ID Future Stars approach proved effective. Through diligent work, our staff helped Maggie raise her scores to 1460, and she maintained a perfect GPA without any B's in either 11th or 12th grade. We were nearing the finish line.

As expected, competition for Brown was fierce. Two other students from Maggie's school listed Brown as their first choice. To ensure Maggie stood out, I arranged a meeting with the President of Brown University in Providence, Rhode Island, for both Maggie and her father. Both delivered phenomenal presentations, making a strong impression. The President was particularly impressed and offered Maggie the opportunity to establish Inconvenient Youth chapters throughout the Northeast as a representative of Brown University.

We submitted applications to 14 schools, including Brown Early Action with a decision deadline of December 15th. The wait was agonizing, but the answer arrived – a resounding YES! Maggie was admitted to Brown University. This

marked another successful journey for our team, and the family referred us to countless others over the years.

Get Started



## Caroline Y.
**Business administration and management**

Aspires to be a well-rounded leader who excels academically and athletically, while making a positive impact on her community.

## Caroline Y.

Caroline grew up in Manhattan Beach, California and attended Mira Costa, a public high school. The beach
community is made of super successful and competitive families that live in a bubble 30 minutes from downtown
Los Angeles. Both of Caroline's parents are educated in the Midwest - her dad went to Northwestern and mom to University of Illinois Champaign Urbana.

Caroline is the life of every party and someone who takes soccer and volleyball very seriously. Caroline was
ranked at the top of her in middle school and continued her excellence at Mira Costa High School When I met
Caroline and her family, a referral from one of the most successful Wealth Management companies - UBS, she
was entering her sophomore year and her brother Jack was in 9th grade.

Caroline took every Honors course available through 10th grade and prior to 11th grade completed 3 AP classes. Caroline started 9th grade in Honors Algebra 2, Honors Spanish 3, and Honors Chemistry. She took Algebra 1 and Geometry, Spanish 1,&

2 and Biology in Middle School and so did many of her peers. Frankly, in our first meeting as a family at their home, I walked away so impressed with Caroline because she did not act as though she knew she was super smart, an excellent athlete and the leader of her friend group. Because I have worked with 35+ students from Mira Costa before her, I knew the quality of the education and competitive nature of the families despite living in a laid back beach community.

The start of 11th grade, Caroline and her family had already visited 12 colleges in the Midwest and East Coast. Each of those visits we set up for the family to provide a reasonable feel of the size of different schools the location, urban, residential, college town and rural. Caroline was ranked number 1 with 16 others in unweighted GPA - 4.0 and 4th in the class with a 4.4 weighted GPA. Why 4th? Because 3 others took 1 additional Honors course, instead of the Art requirement as a 9th grader. Caroline had All A's in every class both weighted (Honors and AP ) and unweighted College Prep classes like Art and PE.

## The Importance of Personal Brand

Caroline was not only the leader of her group of friends, many athletes, cheerleaders and smart people at her school but all students as she made sure that the way she wanted to be treated she treated others that way too. Additionally, since Caroline was 2-3 years ahead in her coursework she had many friends that were ahead of her in school. My focus with Caroline was her Personal Brand. I knew she had great grades and was a Varsity Athlete in two sports but we had to consider what was it that would make Caroline stand out versus her peers and others applying to the best colleges in America?

Recognizing the disparity in resources between her community and inner-city Los Angeles schools, Caroline aimed to make a positive impact. Through brainstorming, she conceived of an organization at her school to collect sporting goods for these underprivileged schools. Her experience playing against these schools in soccer and volleyball solidified the need for this initiative, as she witnessed their talent despite lacking quality equipment. Caroline's initiative exemplifies a desire to bridge the equity gap in sports resources and empower underprivileged communities.

Starting with her friend group in 9th, 10th, 11th and 12th grade she organized a campaign in Manhattan Beach, Hermosa Beach, El Segundo, Redondo Beach to market to the locals that a group of students will be visiting a six block section of your town on a particular day, mostly weekends, to pick up ANY new and old sporting goods equipment and that the organization, Opportunity Zone, would clean up and refurbish the gifts from each family and home and then provide Los Angeles inner city schools with better equipment than they had today.

Caroline's group of 60 volunteers started on a Saturday in October and completed their mission in February. The massive amount of equipment provided was so significant that her parents had to lease a 10,000 foot warehouse to refurbish, store and prepare to deliver the equipment donated. Additionally, Caroline and her posse raised enough money from within their peer volunteer group to purchase from Dick's Sporting Goods and Sports Authority and 50 full sets of 15 practice uniforms for Soccer and Volleyball to provide to different schools in the LA City school system. The project did not stop in Caroline's 11th grade year but continued through 12th grade and throughout her college years.

Caroline and her family brainstormed a college list that included her parents' alma maters and prestigious universities like Stanford and Harvard. Caroline also considered schools with soccer programs like Emory, Pomona, and Williams. To aid the

decision of the "Right Fit" school, they considered Caroline's impressive academic record (4.6 GPA, 11 AP classes, perfect grades) and test scores (1530 SAT, 35 ACT) alongside their visits to each college. Caroline and her parents each created ranked lists based on their preferences.

Caroline prioritized a fun, spirited college experience (think "rah rah school") with strong athletics (specifically mentioning football, basketball, volleyball, and her own sport, soccer) over academics. While she planned to pursue graduate studies later (Doctorate, Sports Psychology, or Entrepreneurship), her focus for undergrad was a well-rounded experience that balanced academics with a vibrant campus life.

## The Decision Making Process

Now that we had a list of schools and already began writing her Personal Statement used for each school, it was time to decide which schools do we apply Early Action, Early Decision and Regular Admission to take advantage of her amazing profile. Frankly, Caroline's number 1 school she wanted to attend was the University of Michigan. Why? She wanted the huge Rah Rah environment, a chance to apply to both the Ross School of Business and school of Engineering, while having an option of paying U Michigan Club Soccer and Volleyball. Caroline knew several kids from our practice that went to U Michigan and crushed it academically and had a fantastic social time with not much stress. Caroline wanted the same.

Decisions were made to apply Early Action (non binding to U Michigan) Regular Admission to all other schools. With applications complete, Caroline applied Early Action to her top choice, University of Michigan, hoping for an acceptance by December 15th. All other schools

received regular applications with a decision deadline of April 1st. Her strong profile (grades, scores, extracurriculars) made her confident about her chances at U Michigan.

When December 15th came, Caroline opened her admission portal to U Michigan and all of us were surprised–she was DEFERRED. To me, something was not right, so I called my contacts on campus. What I

found was a troubling trend across all colleges that the Admissions teams were making decisions on students not based on their credentials but were internally were weighting if the student would really come to their school if Admitted. In this case UM felt Caroline was most likely using the UM as a safety school and that she must have applied to so many other more competitive schools that she will take one of those admits over UM. Consequently, she was Deferred.

## The turn of events

I explained the decision to Caroline and her family before Christmas and asked if I could tell my folks at UM that Caroline's first choice is UM and if they admit her, will she come? The answer was 'Absolutely'. I made the call by January 6th, then Caroline had her acceptance letter.

Just for giggles, she kept her other schools alive after sending her Dorm deposit to UM.

Caroline on or around April 1 was admitted to Northwestern U Illinois, Harvard, Brown, UC Berkeley, UCLA, U Virginia, Emory, Pomona, Duke and Stanford. Waitlisted at Williams and Princeton.

Sometimes... It takes an advocate to push the students' story across the university. This and many times before and afterx–the same success occurred.

Get Started

# GET IN TOUCH

We would love to hear from you! Fill out our contact form to start your
journey with ID Future Stars.

| CONTACT NUMBER | EMAIL ADDRESS | X |
|---|---|---|
| +1 (949) 229-2379 | hello@idfuturestars.com | @idfuturestars |

SIGN UP FOR NEWSLETTER

Join our Growing Community and stay up to date to  the latest news and trends!

Email address

**About**

Why Hire Us

**Services**

Setting the Stage

**Contact Us**

hello@idfuturestars.com

Services & FAQ

Terms & Conditions

Privacy Policy

Case Studies

Press

Blog

Lift Off

Path2Success

Special Talents

Transfers

Are You The One?

+1 (949) 229-2379

BOOK A FREE
CONSULTATION



ID Future Stars has no association
with the schools or any of its affiliates.

© Copyright 2024 ID Future Stars. All Rights Reserved.
Designed and powered by The Sikat Agency



ID FUTURE
STARS

ABOUT

OUR
SERVICES

BLOG



Get
Started

# COLLEGE ADMISSION CONSULTING

We pride ourselves on offering a hands-on and personalized approach to college admissions counseling. Our tailored services ensure that each student receives the individual attention and expert guidance they need to navigate the competitive college admissions process successfully. All sessions and consultations can also be held virtually(Google Meets/ZOOM, Phone, and Email) to better suit your needs, check out our packages and offers.

*We prioritize your privacy and security, handling all personal information with the utmost care and confidentiality.*



## SETTING THE STAGE ™

Start date August 15th - June 1st

For 9TH, 10TH, 11TH GRADERS. Our personalized package supports high school freshmen to juniors in a comprehensive manner. We guide students in extracurricular development, creating a testing timeline, engaging in community service, and securing internship or research opportunities. Our goal is to help students stand out from their peers in every aspect of their high school journey. Click the package to learn more.



## LIFT OFF ™

Start date August 15th - June 1st

For 12TH GRADERS. We offer weekly life coaching, evaluating students' needs to find the right colleges. We assist with standardized testing, statement writing, and managing applications. We guide on admissions strategies, interview prep, and final college selection creating strategies for students to find the best-fit school for their journey. Explore this package now.



## SPECIAL TALENTS ™

Sports, Performing Arts, Fine Arts, Academic Areas

For students with exceptional abilities, adding specialized services to our Prime Program. We conduct thorough reviews and professional evaluations of the student's talent, benchmark their skills, and connect them with college coaches, fine arts, and performing arts departments. Check out and explore this package if this service is the best fit for you.



# PATH2SUCCESS ™

8-10 weeks summer activities

This comprehensive program is designed to help students excel academically, athletically, and personally. With options for sports training, academic enrichment, and personalized coaching, we ensure students are well-prepared for their future endeavors. Explore our tailored programs to find the perfect fit for your child's unique needs and goals.



## ARE YOU THE ONE?™

For Higher Education Alternative (Ages 16-25)

Designed to identify and support a student's holistic development by integrating their academic and special talents in a competitive environment. The breakthrough we created leads to a path where each individual's IQ, EQ, transactional, technological, and problem-solving assets will be tested and measured against students globally to achieve a comprehensive ranking.



# TRANSFERS

For transfers only

Our "Transfers Only" service offers
weekly one-on-one meetings to
review college and high school
transcripts, providing tailored
assessments to identify the best-fit
colleges. We assist with personal
statements, supplementary essays,
and completing online applications,
ensuring a smooth application
process. Click the Image and Text
above to Learn More.

START YOUR JOURNEY WITH ID FUTURE STARS TODAY, AND LET US HELP YOU ACHIEVE YOUR COLLEGE DREAMS WITH

OUR DEDICATED AND PERSONALIZED SUPPORT. FILL IN THE CONSULTATION FORM NOW TO BEGIN A SMOOTH AND SUCCESSFUL PATH TO YOUR

# DREAM COLLEGE.

Click here to fill the form

Get Started

Join our Growing Community and stay up to date to the latest news and trends!

Email address

SIGN UP FOR NEWSLETTER

## About

Why Hire Us

Services & FAQ

Terms & Conditions

Privacy Policy

Case Studies

Press

Blog

## Services

Setting the Stage

Lift Off

Path2Success

Special Talents

Transfers

Are You The One?

## Contact Us

hello@idfuturestars.com

+1 (949) 229-2379

BOOK A FREE CONSULTATION

ID Future Stars has no association
with the schools or any of its
affiliates.

© Copyright 2024 ID Future Stars. All Rights Reserved.
Designed and powered by **The Sikat Agency**

ID FUTURE
STARS

ABOUT

SERVICES

BLOG

PRESS

Get
Started

# BLOG

Welcome to our Blog Posts page, your resource for the latest tips and strategies on college admissions and academic success. Explore articles by our experts on study techniques, personal statements, and more. Stay informed with the latest trends and effective methods to help your student excel. Visit often to stay ahead in the competitive world of college admissions.



November 8, 2024

## How Weighted GPAs Are Evaluated and Do Colleges Look at Weighted GPA?

The Importance and value of Weighted versus Unweighted.



August 9, 2024

## 5 Common Myths About College Consultants

Navigating the college admissions process can be...



August 2, 2024

## How Scholarships Can Transform Your College Journey: A Personal Narrative

A personal narrative on how scholarships can transform your...



July 21, 2024

## Understanding Early Decision vs. Early Action

Navigating the college application process can be daunting, with...



July 21, 2024

## How to Write a Compelling Personal Statement

A few tips on how-to create a personal stateme...



July 15, 2024

## Top 10 Tips for Acing College Interviews

Practical advice for students preparing for college...



July 15, 2024

# The Importance of Extracurricular Activities in College Applications

This comprehensive blog post provides an in-depth look at the...

Join our Growing Community and stay up to date to  the latest news and trends!

Email address

SIGN UP FOR NEWSLETTER

## About

Why Hire Us

Services & FAQ

Terms & Conditions

Privacy Policy

Case Studies

Press

Blog

## Services

Setting the Stage

Lift Off

Path2Success

Special Talents

Transfers

Are You The One?

## Contact Us

hello@idfuturestars.com

+1 (949) 229-2379

BOOK A FREE CONSULTATION

ID Future Stars has no association with the schools or any of its affiliates.

© Copyright 2024 ID Future Stars. All Rights Reserved.
Designed and powered by **The Sikat Agency**

# 404

The page you're looking for doesn't exist or has been moved

Back Home

# SIGN UP FOR NEWSLETTER

Join our Growing Community and stay up to date to the latest news and trends!

Email address

## About

Why Hire Us

Services & FAQ

Terms & Conditions

Privacy Policy

Case Studies

Press

Blog

## Services

Setting the Stage

Lift Off

Path2Success

Special Talents

Transfers

Are You The One?

## Contact Us

hello@idfuturestars.com

+1 (949) 229-2379

BOOK A FREE CONSULTATION

ID Future Stars has no association with the schools or any of its affiliates.

© Copyright 2024 ID Future Stars. All Rights Reserved.
Designed and powered by **The Sikat Agency**



ID FUTURE
STARS

OUR SERVICES    BLOG    PRESS

Get Started

# GET IN TOUCH

We would love to hear from you! Fill out our contact form to start
your journey with ID Future Stars.

We would love to hear from you!

At ID Future Stars, you can unlock your child's potential with our secure and personalized consultation session! Fill out the form below to begin their journey towards a successful transition to their ideal college or university. Our consultations can be done virtually for your convenience, and you can also learn how to take advantage of our in-person consultations.

We would love to hear from you!

## Name of Student:

First                                        Last

## Gender:

Male

Female

Prefer Not To Say

Prefer to Self Describe

## Form is Completed By:

Student          Parent

## Name of Parent:

First                                        Last

## Email:

Enter Email

Confirm Email

Phone Number

State

Country

Current Year In School

Year of High School Graduation

Student School Name

Tell us more about your student

I agree to the terms and conditions and privacy policy

SUBMIT

FOR COLLABORATIONS & MEDIA RELATIONS

SIGN UP FOR NEWSLETTER

Join our Growing Community and stay up to date to the latest news and trends!

Email address

## About

Why Hire Us

Services & FAQ

Terms & Conditions

Privacy Policy

Case Studies

Press

Blog

## Services

Setting the Stage

Lift Off

Path2Success

Special Talents

Transfers

Are You The One?

## Contact Us

hello@idfuturestars.com

+1 (949) 229-2379

BOOK A FREE
CONSULTATION

ID Future Stars has no association
with the schools or any of its affiliates.

© Copyright 2024 ID Future Stars. All Rights Reserved.
Designed and powered by **The Sikat Agency**