UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES,<br>v.<br><br>WILLIAM RICK SINGER,<br><br>　　　　　Defendant. | 1:19-cr-10078-DJC |

### DEFENDANT RICK SINGER'S REQUEST FOR A GARNISHMENT HEARING

Defendant Rick Singer hereby requests a hearing on the government's notice of intent to garnish his Vanguard retirement account, which holds the qualified retirement funds that Mr. Singer (who is age 64) had hoped to use to live the remainder of his life.  Government counsel is unavailable from September 29 through October 12.  Undersigned counsel is unavailable on September 17 and September 23.

Mr. Singer intends to make by September 16 a written submission to the Court regarding the legal and factual basis of his objection to the government's garnishment request.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Aaron M. Katz*
　　　　　　　　　　　　　　　　　　　　　　　Aaron M. Katz
　　　　　　　　　　　　　　　　　　　　　　　AARON KATZ LAW LLC
　　　　　　　　　　　　　　　　　　　　　　　399 Boylston Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　　　　(617) 915-6305
　　　　　　　　　　　　　　　　　　　　　　　akatz@aaronkatzlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for William Rick Singer*

DATED: September 13, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was served on the government counsel via the CM/ECF system on September 13, 2025.

*/s/ Aaron M. Katz*