# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES,<br>v.<br><br>WILLIAM RICK SINGER,<br><br>           Defendant. | 1:19-cr-10078-DJC |

## DEFENDANT WILLIAM RICK SINGER'S NOTICE OF APPEAL

William Rick Singer hereby appeals from the Court's order of December 24, 2025. Mr. Singer contemporaneously will be filing a motion to stay the Court's order pending the outcome of his appeal.

Respectfully submitted,

*/s/ Aaron M. Katz*
Aaron M. Katz
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

*Counsel for William Rick Singer*

DATED: December 24, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing memorandum was served on the government counsel via the CM/ECF system on December 24, 2025.

*<u>/s/ Aaron M. Katz</u>*